IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

DAVID J. BUCHANAN,  :  No.  0 6 - 7 1 1
                    :
   Petitioner, Pro Se :
                    :
   v.               :
                    :
THOMAS E. GAY, ESQUIRE, WIFE  :
THALIA J. GAY, THE HONORABLE  :
JANE M. BRADY (ATTORNEY       :
GENERAL/SUPERIOR COURT JUDGE), :
KRISTEN S. GIBBONS, ESQUIRE,  :
(COURT APPOINTED SPECIAL      :
ADVOCATE ATTORNEY             :
AD LITEM), DELAWARE STATE     :
POLICE, GEORGETOWN POLICE,    :
SEAFORD POLICE, JOHN BRADY,   :
ESQUIRE, DELAWARE FAMILY COURT:
THE STATE OF DELAWARE         :
THE FIRM OF STUMPF, VICKERS & :
SANDY, JOHN F. BRADY,         :
ESQUIRE, et all.              :
                              :
   Respondents                :

## AFFIDAVIT OF DAVID J. BUCHANAN

I, David J. Buchanan, being duly sworn according to law do depose and say:

1. The above captioned complaint is herby filed with the U.S. District Court, District of Delaware, for consideration, where all Respondents will be timely notified by mail, in addition to the Delaware Secretary of State, and the Delaware Attorney General.

2. The attached Complaint is true to fact and allegation.

1

_____
David J. Buchanan, Plaintiff

SWORN TO AND SUBSCRIBED before me this 27 day of November, 2006.

_____
Notary Public

MONIQUE GARNER
Notary Public - State of Delaware
My Comm. Expires April 2, 2010

2