IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No.  06-711-SLR |
| | ) |
| THOMAS E. GAY, THALIA J. GAY, | ) |
| HONORABLE JANE M. BRADY, | ) |
| KRISTEN S. GIBBONS, DELAWARE | ) |
| STATE POLICE, GEORGETOWN | ) |
| POLICE, SEAFORD POLICE, JOHN | ) |
| BRADY, DELAWARE FAMILY COURT | ) |
| OF THE STATE OF DELAWARE, and | ) |
| THE FIRM OF STUMPF VICKERS | ) |
| AND SANDY, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 7th day of December, 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's reported annual income of $ 31,200.00 (D.I. 1)

2. The plaintiff shall pay the $350 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge