IN THE UNITED STATE DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DAVID J. BUCHANAN, | ) | Civ. No    06-711-SLR. |
| Plaintiff, Pro Se | ) | |
| v. | ) | |
| THOMAS E. GAY, THALIA J. GAY, HONORABLE JANE M. BRADY, KRISTEN S. GIBBONS, DELAWARE STATE POLICE, GEORGETOWN POLICE, SEAFORD POLICE, JOHN BRADY, DELAWARE FAMILY COURT OF THE STATE OF DELAWARE, AND THE FIRM OF STUMF, VICKERS, AND SANDY, et al. | ) | |
| Defendants. | ) | |

**FILED DEC 1 4 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

BO scanned
Receipt # 145670

## NOTICE OF PAYMENT

**NOW COME** the above captioned Plaintiff, David J. Buchanan, to pay a filing fee of $350, pursuant to 28 U.S.C. § 1914, to allow the case to go forward.

Dated: December 11, 2006

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956