David J. Buchanan
34806 Hudson Rd.
Laurel, DE 19956

December 21, 2006

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

RE:  U.S. District Court Civil Case No.  06-711-SLR

Dear Clerk:

    I have enclosed the acknowledgment of receipt of F.R. Civ. P. 4, and two copies of the intended summons.  If you would please sign, date, seal, and return to me, a copy of the summons to be used when serving the Defendants.

Sincerely

David J. Buchanan

File

