OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 5, 2007

TO:   David J. Buchanan
      34806 Hudson Road
      Laurel, DE 19956

   *RE:   Returned Summons Form; 06-711(SLR)*

Dear Mr. Buchanan:

   This office received an incorrect summons form for all defendants on 12/27/06. Please be advised that you need to reference Rule 4 for the appropriate language to use in the summons form. Enclosed the incorrect summons form is being returned to you and a new summons form is enclosed.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                         Sincerely,

/ead                                     PETER T. DALLEO
                                         CLERK

cc: The Honorable Sue L. Robinson
enc: Summons Form