IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS E. GAY; THAILA J. GAY; )<br>THE HONORABLE M. JANE BRADY; )<br>KRISTEN S. GIBBONS; DELAWARE )<br>STATE POLICE; GEORGETOWN POLICE; )<br>SEAFORD POLICE; JOHN BRADY; )<br>DELAWARE FAMILY COURT OF THE STATE )<br>OF DELAWARE; THE STATE OF DELAWARE; )<br>and THE LAW FIRM OF STUMPF VICKERS )<br>& SANDY, P.A., )<br>)<br>    Defendants. ) | Civ. A. No. 06-711-SLR |

## ENTRY OF APPEARANCE

TO: David J. Buchanan    Clerk of the Court
   34806 Hudson Road    United States District Court, Delaware
   Laurel, DE 19947     844 N. King Street, Room 4209
                 Wilmington, DE 19801

   PLEASE TAKE NOTICE: Joseph Scott Shannon, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin, hereby enters his appearance on behalf of Defendants Thomas E. Gay, and the Law Firm of Stumpf Vickers & Sandy, P.A., without waiving any applicable defenses, including but not limited to insufficiency of process or insufficiency of service of process, in this matter.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

  /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and*
    *the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: January 30, 2007

## **CERTIFICATE OF SERVICE**

Joseph Scott Shannon, Esquire, hereby certifies that on January 30, 2006, he caused true and correct copies of the attached *Entry of Appearance for Defendants Thomas E. Gay and the Law Firm of Stumpf Vickers & Sandy, P.A.* to be served upon the following persons in the manner indicated:

David J. Buchanan
34806 Hudson Road
Laurel, DE 19947
*Via 1st Class U.S. Mail
    Postage Prepaid*

John Elzufon, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899 – 1630
*1st Class U.S. Mail, Postage Prepaid*

Linda Carmichael, Esquire
State of Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801
*Via 1st Class U.S. Mail
    Postage Prepaid*

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

  /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and
    the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: January 30, 2007

\15_A\LIAB\JSSHANNON\LLPG\405312\BAJOHNSON\03127\00840