IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-711-SLR |
| | ) | |
| THOMAS E. GAY; THAILA J. GAY; | ) | |
| THE HONORABLE M. JANE BRADY; | ) | |
| KRISTEN S. GIBBONS; DELAWARE | ) | |
| STATE POLICE; GEORGETOWN POLICE; | ) | |
| SEAFORD POLICE; JOHN BRADY; | ) | |
| DELAWARE FAMILY COURT OF THE STATE | ) | |
| OF DELAWARE; THE STATE OF DELAWARE; | ) | |
| and THE LAW FIRM OF STUMPF VICKERS | ) | |
| & SANDY, P.A., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

TO:   David J. Buchanan                     Clerk of the Court
        34806 Hudson Road               United States District Court, Delaware
        Laurel, DE 19947                  844 N. King Street, Room 4209
                                                     Wilmington, DE 19801

       PLEASE TAKE NOTICE: Joseph Scott Shannon, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin, hereby enters his appearance on behalf of Defendants Thomas E. Gay, and the Law Firm of Stumpf Vickers & Sandy, P.A., without waiving any applicable defenses, including but not limited to insufficiency of process or insufficiency of service of process, in this matter.

            MARSHALL DENNEHEY WARNER
              COLEMAN & GOGGIN

             /s/Joseph Scott Shannon
          Joseph Scott Shannon, Esquire (I.D. No. 3434)
          1220 North Market Street, 5th Floor
          P.O. Box 8888
          Wilmington, DE 19899 – 8888
          tel.: 302.552.4329
          fax.: 302.651.7905
          e-mail: jsshannon@mdwcg.com

          *Counsel for Thomas E. Gay, Esquire, and*
            *the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: January 30, 2007

## **CERTIFICATE OF SERVICE**

Joseph Scott Shannon, Esquire, hereby certifies that on January 30, 2006, he caused true and correct copies of the attached *Entry of Appearance for Defendants Thomas E. Gay and the Law Firm of Stumpf Vickers & Sandy, P.A.* to be served upon the following persons in the manner indicated:

David J. Buchanan
34806 Hudson Road
Laurel, DE 19947
*Via 1st Class U.S. Mail*
  *Postage Prepaid*

John Elzufon, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899 – 1630
*1st Class U.S. Mail, Postage Prepaid*

Linda Carmichael, Esquire
State of Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801
*Via 1st Class U.S. Mail*
  *Postage Prepaid*

MARSHALL DENNEHEY WARNER
    COLEMAN & GOGGIN

  /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and
    the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: January 30, 2007

\15_A\LIAB\JSSHANNON\LLPG\405312\BAJOHNSON\03127\00840