IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-711-SLR |
| | ) | |
| THOMAS E. GAY; THAILA J. GAY; | ) | |
| THE HONORABLE M. JANE BRADY; | ) | |
| KRISTEN S. GIBBONS; DELAWARE | ) | |
| STATE POLICE; GEORGETOWN POLICE; | ) | |
| SEAFORD POLICE; JOHN BRADY; | ) | |
| DELAWARE FAMILY COURT OF THE STATE | ) | |
| OF DELAWARE; THE STATE OF DELAWARE; | ) | |
| and THE LAW FIRM OF STUMPF VICKERS | ) | |
| & SANDY, P.A., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO STAY DISCOVERY

COMES NOW Defendants Thomas E. Gay, Esquire, and the law firm of Stumpf Vickers & Sandy, P.A., (*hereinafter collectively* "SVS" *unless otherwise disambiguated*), and pursuant to Fed. R. Civ. P. 26(c) requests this Honorable Court for a Protective Order staying discovery filed by Plaintiff in this matter and states in support thereof the following, to wit:

1.      Plaintiff's *Complaint* was filed on November 27, 2006, (D.I. #2), and a copy of the *Complaint* was provided to Defendants Thomas E. Gay, Esquire, and Stumpf Vickers & Sandy, P.A., on or about January 19, 2007.

2.      On January 24, 2007, SVS received in the mail from Plaintiff a document styled *Request for Discovery* seeking in thirty-two numbered paragraphs certain documents.  (Exhibit 1 hereto, pursuant to D. Del. LR 37.1).

3.      Simultaneously herewith, SVS has filed a *Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)* inasmuch as the claims asserted by Plaintiff are identical to the point of being verbatim to a prior complaint filed by Plaintiff in the Superior Court of the State of Delaware in which a final Order dismissing that action was entered by Superior Court on September 21, 2006, as explained more fully in the *Motion for Dismissal*, and for which SVS is asking this Court to apply the principles of *res judicata* to bar Plaintiff from re-litigating claims already heard and decided by the Delaware Family, Superior and Supreme Courts.

4.      Until the Court hears and decides SVS's pending *Motion for Dismissal*, it is just and appropriate under Fed. R. Civ. P. 26(c)(1) that discovery not be had unless or until it is determined that Plaintiff has cognizable claims for which discovery may be warranted.

WHEREFORE Thomas E. Gay, Esquire, and Stumpf Vickers & Sandy, P.A., request this Honorable Court for an ORDER staying discovery in this matter pending resolution of the *Motion for Dismissal*, and such other relief as the Court finds mete and just.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

  */s/Joseph Scott Shannon*
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and*
    *the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: January 30, 2007

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-711-SLR |
| | ) | |
| THOMAS E. GAY; THAILA J. GAY; | ) | |
| THE HONORABLE M. JANE BRADY; | ) | |
| KRISTEN S. GIBBONS; DELAWARE | ) | |
| STATE POLICE; GEORGETOWN POLICE; | ) | |
| SEAFORD POLICE; JOHN BRADY; | ) | |
| DELAWARE FAMILY COURT OF THE STATE | ) | |
| OF DELAWARE; THE STATE OF DELAWARE; | ) | |
| and THE LAW FIRM OF STUMPF VICKERS | ) | |
| & SANDY, P.A., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON THE *MOTION* OF
### DEFENDANTS THOMAS E. GAY AND STUMPF VICKERS & SANDY, P.A. FOR A STAY OF DISCOVERY PURSUANT TO FED. R. CIV. P. 26(C)

AND NOW the Court, having heard and considered the *Motion* of Defendants Thomas E.

Gay, Esquire, and the law firm of Stumpf Vickers & Sandy, P.A., for a Protective Order under

Federal Rule of Civil Procedure 26(c)(1), does hereby FIND and ORDER:

The *Motion* of Thomas E. Gay, Esquire and the law firm of Stumpf Vickers & Sandy,

P.A., is hereby GRANTED.  No discovery shall take place until such time as the Court hears and

rules upon the *Motion for Dismissal* and determines whether any discovery is warranted in this

matter.

_____
The Honorable Sue L. Robinson

cc:    Clerk of the Court
       David J. Buchanan, *pro se*
       Joseph Scott Shannon, Esquire
       Parties

## <u>CERTIFICATE OF SERVICE</u>

Joseph Scott Shannon, Esquire, hereby certifies that on January 30, 2006, he caused true

and correct copies of the attached *Defendants Thomas E. Gay's and Stumpf Vickers & Sandy,*

*P.A.'s Motion for a Stay of Discovery Pursuant to Fed. R. Civ. P. 26(c)* to be served upon the

following persons in the manner indicated:

David J. Buchanan
34806 Hudson Road
Laurel, DE 19947
*Via 1st Class U.S. Mail*
  *Postage Prepaid*

John Elzufon, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899 – 1630
*1st Class U.S. Mail, Postage Prepaid*

Linda Carmichael, Esquire
State of Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801
*Via 1st Class U.S. Mail*
  *Postage Prepaid*

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

 /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and*
  *the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: January 30, 2007

\15_A\LIAB\JSSHANNON\LLPG\405264\BAJOHNSON\03127\00840

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

<table>
<tr><td>DAVID J. BUCHANAN,</td><td>)<br>)<br>)</td><td>Civ. No</td><td>06-711-SLR.</td></tr>
<tr><td>Plaintiff, Pro Se</td><td>)<br>)<br>)<br>)</td><td></td><td></td></tr>
<tr><td>v.</td><td>)<br>)<br>)</td><td></td><td></td></tr>
<tr><td>THOMAS E. GAY, THALIA J. GAY,<br>HONORABLE JANE M. BRADY,<br>KRISTEN S. GIBBONS, DELAWARE<br>STATE POLICE, GEORGETOWN POLICE,<br>SEAFORD POLICE, JOHN BRADY,<br>THE STATE OF DELAWARE,<br>DELAWARE FAMILY COURT OF THE<br>STATE OF DELAWARE, AND THE FIRM<br>OF STUMF, VICKERS, AND SANDY, et al.</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td></td><td></td></tr>
<tr><td>Defendants.</td><td>)<br>)<br>)</td><td></td><td></td></tr>
</table>

## REQUEST FOR DISCOVERY

**TO:**

Thomas E. Gay, Esquire
8 West Market Street
Georgetown, DE 19947

**Jurisdictional Statement**

Pursuant to Title 28a Rule 26, of the U.S. Code, discovery is to allow a broad search for

facts, the names of witnesses, the Inspection and Production of Documents, or any other

matters which may aid a party in the preparation or presentation of his case, where the

nature of the complaint provides a showing that the documents are relevant to the subject

matter of the action.

**Documents requested**

Upon receipt of this request, Thomas E. Gay, shall be afforded 30 days to provide the following documents, and statements, to the Plaintiff at 34806 Hudson Road, Laurel Delaware, 19956.

1.   Provide invoices of all financial transactions between Barbara H. Buchanan and Thomas E. Gay, Esquire, and/or his law firm dating back to 1993.

2.   Provide a complete copy and/or statement of fees charged Barbara H. Buchanan, Heidi N. Buchanan, and/or on the behalf of the Buchanan's, by Thomas E. Gay, Esquire and/or his law firm dating back to 1993.

3.   A complete copy and/or statement of fees, including dates and amounts paid by Barbara H. Buchanan, Heidi N. Buchanan, and/or on the behalf of the Buchanan's, to Thomas E. Gay, Esquire and/or his law firm dating back to 1993.

4.   Provide copies of all past and present; mortgages on land, deeds on land, applications for building permits on land, occupancy permits issued on land and associated improvements, invoices of all State and Federal real estate transfer taxes paid on any/all property in which Thomas E. Gay, and/or his wife, and/or his law firm own an interest.

5.   Provide copies of all settlement statements on property noted in #4, showing monetary consideration of such transaction, Developer and/or Contractor, Attorney submitting such documents to Recorder of Deeds, name of the Recorder of Deeds at the time of transaction, and the Attorney representing the Developer and/or contractor.

6.   Provide copies of all settlement statements on property noted in #4 that has been the property of Wastewater Management Inc., A-Z Builders, George Picot, P.A., Jean

Rock, and/or John F. Brady, Esquire, which should include the address of 33665 Bay

Ridge Lane, Lewes Delaware 19958.

7. Provide accounting of all money, land, services provided and/or donated by

Thomas E. Gay, Esquire, and/or by his law firm to: Joseph R. "Beau" Biden, III, Senator

Joseph Biden, M. Jane Brady, John F. Brady, Wastewater Management Inc., A-Z

Builders, George Picot, P.A., and Jean Rock

8. Provide copies of <u>all phone bills</u> of Thomas E. Gay, Esquire, his law firm, his

counsel, and/or from residences and/or counsel of Thaila J. Gay, displaying calls made to

Delaware State Police, Seaford Police, Georgetown Police, 911, Beebe Medical Center,

Nanticoke Memorial Hospital, Bethesda Naval Hospital, Heidi N. Buchanan, the

Honorable Judge John Henriksen's home or office, Dr. Wilson, III, PhD, and/or his

office, home, vacation home, for the period of time commencing on the date originating

Delaware Family Court Case File CS94-3107.

9. Identify the source, date of transaction, and method to which information was

received, concerning any and all health care treatment, diagnoses, and/or surgery of Mr.

Buchanan, by Beebe Medical Center, Nanticoke Memorial Hospital, Bethesda Naval

Hospital, and/or any medical practitioner, for which appeared in Thomas E. Gay's court

filings, and arguments.

10. List all cases that Thomas E. Gay, Esquire has brought before the Honorable

Judge John Henriksen, that have been subject to: Emergency List and Sell of Property,

Emergency Ex-Parte Stay of Contact between parent and child, Stipulation and/or Order

requiring Dr. Wilson, III, PhD, services, request for CASA and/or CASA attorney

Kristen S. Gibbons, Esquire, appearance by Delaware State Police with or without

service of subpoena, matters being forwarded to John F. Brady, Esquire, and/or that have involved Jeffrey Premo, public accountant.

11. Provide copies of subpoena served and/or request to appear, by Thomas E. Gay, Esquire, on Delaware State Police, Delaware State Police Officer Sherry Benson, Delaware State Police Officer Gray, U.S.A.F. Lt. General Brown, and/or his wife Mrs. Brown.

12. .Provide copies of all information received directly or indirectly from the Department of Defense, as a result of Grand Jury Subpoena served on Plaintiff's Banks, and/or Dr. Wilson, III, PhD.

13. Provide an address, phone number, and college of attendance for Heidi N. Buchanan.

14. Provide copies of any relief of Stay obtained from the U.S. Bankruptcy Court District of Delaware, authorizing claims for attorney fees, or the continuation of litigation to obtain attorney fees from David J. Buchanan, Barbara H. Buchanan, and/or Heidi N. Buchanan, the acceptance of attorney fees in lieu of performance of mortgage contracts subject to Bankruptcy action, the acceptance of attorney fees from funds stayed by both Family Court proceedings CS94-3107 and Bankruptcy proceedings 04-12419 JKF in the State of Delaware.

15. Provide the name and address of the person, and/or agency which provided private medical information concerning David J. Buchanan, of which appeared, and supported pleadings of Thomas E. Gay, Esquire, in Family Court, as well as Delaware Superior Court, and Delaware Supreme Court.

16. Provide the name, address, department of Thaila J. Gay's (wife) employer, a copy

4

of any notice of fiduciary conflict notifying her employ, a list of Mr. Gay's case files of which the opposing parties are cancer and/or terminally ill patents of Beebe Medical Center, and/or of nurse/wife Thaila J. Gay, which should include Cancer patient/employee of Beebe Hospital, Mrs. Thoroughgood of Thoro-good Concrete Company Inc..

17. Provide copies of all documents pertaining to the recent refinancing and deeding of property owned and occupied for over 9 years without an occupancy permit by Mr. and Mrs. Gay, known to these proceedings as 33665 Bay Ridge Lane, Lewes Delaware, 19958, which should include the date of all improvements, name of developer, monetary consideration reported to Sussex County Recorder of Deeds at the time of original purchase, and the name of the Recorder of Deeds for Sussex County at the time of original purchase, and at the time of re-deeding.

18. Provide copies of all land transactions resultant of loss of property by Mr. Gay's clients, and/or opposing parties of Mr. Gay's clients, that have been purchased, developed, or used by Wastewater Management Inc., A-Z Builders, George Picot, P.A., Jean Rock, and/or John F. Brady, Esquire.

19. Provide cause used to support filing of Emergency Motions, and Motions to sell property jointly mortgaged by Mr. Gay's client Barbara H. Buchanan in Delaware Family Court Case File CS94-3107.

20. Provide statement and/or documents showing cause used to support filing for an enlargement of time to retain counsel in Delaware Superior Court Case No. 06C-01-002.

21. Provide statement and/or documents showing cause used to support a request addressed to the Honorable Judge Henriksen (not presiding over child support issues) for

5

excusal from required answer to *Request for Admissions*, brought before the Family Court by Plaintiff in matters of child support Commissioner Southmayd presiding.

22. Provide good cause to request withdrawal of appearance on matters on appeal in Delaware Supreme Court Case 558, 2004 then remain as counsel in other matters before the lower court.

23. Provide a copy of any professional insurance policy in effect or that has been effect for Thomas E. Gay, Esquire, and/or his law firm.

24. Provide all documents stipulating Mr. Gay's partnership with his law firm, including any exclusion or provision of Mrs. Gay due to marriage.

25. Provide the method, and amount of payment for counsel retained by Thomas E. Gay, Esquire, in matters before the Delaware Superior Court, Case No. 06C-01-002.

26. List all social events, club membership, exercise groups, police functions, and/or out of court proceedings that have also involved Officer Sherry Benson and/or her husband, Dr. Wilson, III, PhD, the Honorable Judge Henriksen, Jeffrey Premo P.A., the Honorable M. Jane Brady, George Picot, P.A., and/or Jean Rock.

27. List all case numbers for which Thomas E. Gay, Esquire, or his firm have appeared before Officer Sherry Benson's husband.

28. Provide the name of the State Police officers which arrested Mr. Buchanan from his farm, and of which Mr. Gay, Esquire relied on in Family Court Proceedings.

29. Provide address and names of all parties providing monetary support, and/or payment of attorney fees on behalf of clients Barbara H. Buchanan, and Heidi H. Buchanan, which should include Ron Irlick, Betty Saunders, Birgit Slivensky, Donald Slivensky, Sandy Bosnak (step mother), and the name on any account or mortgage for

6

which money originates including money on deposit for the Buchanan's children.

30.  List all phone numbers for which Thomas E. Gay, Esquire, and/or any member of his firm have used to contact Dr. Wilson, III, PhD, at his office, home, person, and/or vacation/beach house, and the dates of such contact.

31. Provide a list of case numbers for which Bill Wilgus, Esquire, of Georgetown Delaware has acted as co-counsel with Thomas E. Gay, Esquire, or his firm, and a list of case numbers for which Bill Wilgus, Esquire has been opposing counsel, to Mr. Gay or his firm.

32. Provide a copy of any Grand Jury Subpoena served on Thomas E. Gay, Esquire, copies of any document surrendered to State or Federal investigators, copies of any document received from State or Federal investigators, and the dates of such transactions.

**Precautionary Statement**

To maintain the integrity of these proceedings, Thomas E. Gay, Esquire or any person acting on his behalf should exercise caution when contacting persons and/or organizations noted in this document, where such contact can and will be considered an intent to conspire, where pursuant to 28 U.S.C. Rule 74 (c), Attorney "misconduct" shall include: acts or omissions, individually or in concert with any other person or persons, that violate or attempt to violate the rules of the bar of the state in which an attorney is Licensed to practice.

Dated: January 22, 2007

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

7

## <u>CERTIFICATE OF SERVICE</u>

**THIS IS TO CERTIFY,** That I mailed on the 22nd day of January, 2007, a true

and correct copy of the foregoing *REQUEST FOR DISCOVERY*, via United States Mail,

postage pre-paid to the following persons:

TO:  Thomas E. Gay, Esquire
      8 West Market Street
      Georgetown, DE 19947

 

David J. Buchanan, Petitioner
34806 Hudson Road
Laurel, DE 19956
302 875 -1362

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-711-SLR |
| | ) | |
| THOMAS E. GAY; THAILA J. GAY; | ) | |
| THE HONORABLE M. JANE BRADY; | ) | |
| KRISTEN S. GIBBONS; DELAWARE | ) | |
| STATE POLICE; GEORGETOWN POLICE; | ) | |
| SEAFORD POLICE; JOHN BRADY; | ) | |
| DELAWARE FAMILY COURT OF THE STATE | ) | |
| OF DELAWARE; THE STATE OF DELAWARE; | ) | |
| and THE LAW FIRM OF STUMPF VICKERS | ) | |
| & SANDY, P.A., | ) | |
| | ) | |
| Defendants. | ) | |

## STATEMENT OF COUNSEL PURSUANT TO D. Del. LR 7.1.1

COMES NOW Counsel for Defendants Thomas E. Gay, Esquire, and Stumpf Vickers & Sandy, P.A., and pursuant to D. Del. LR 7.1.1 hereby states as follows:

1.     Prior to filing the attached *Motion to Stay Discovery Pursuant to Fed. R. Civ. P. 26(c)*, on January 30, 2007, at approximately 10:05 a.m. I placed a telephone call to Plaintiff *pro se* David Buchanan at the telephone number listed on the Court's Docket for the purpose of advising Plaintiff that I would be seeking a stay of discovery and for the further purpose of seeking to obtain Mr. Buchanan's agreement to stay discovery pending disposition of the *Motion for Dismissal*.

2.     I reached an answering machine at (302)875-1362 and left a message identifying myself by name and as the attorney representing Thomas Gay, Esquire, and Stumpf Vickers &

Sandy, P.A., and that I wished to speak with him concerning the United States District Court claim he filed.

      3.      As of the filing of this *Motion*, I have not received any telephone call or other contact back from Mr. Buchanan.

<div style="margin-left:40%">

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

  */s/Joseph Scott Shannon*   
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and*
     *the Law Firm of Stumpf Vickers & Sandy, P.A.*

</div>

Dated: January 30, 2007

\15_A\LIAB\JSSHANNON\LLPG\405249\BAJOHNSON\03127\00840