# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David J. Buchanan<br>                    Plaintiff<br>     v.<br>Thomas E. Gay, et al.<br>                    Defendants | CIVIL ACTION<br><br>NO. 06-711-SLR |

## MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT

The Defendant Kristen S. Gibbons, Esq. hereby makes application pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of time within which to answer, move or otherwise plead to Plaintiff's Petition to Award Damages ("Petition"). Plaintiff filed his Petition on November 26, 2006. Ms. Gibbons was personally served with the Petition on January 16, 2007. The time to answer, move or otherwise plead to the Petition is February 5, 2007.

Ms. Gibbons retained the undersigned to represent her in the matter on January 29, 2007. After reviewing the file, counsel believes that several grounds exist for dismissal of the Petition with prejudice. Accordingly, because of the need to gather facts, research applicable law and articulate the various bases for dismissal Defendant Gibbons respectfully requests an extension of time to and including Friday, February 16, 2007 to answer, move or otherwise plead to the Plaintiff's Petition. Counsel for Defendant Gibbons attempted to contact Plaintiff on January 30, 2007 to get consent for the extension and left a message on his voicemail. Plaintiff has not contacted Defendant's counsel as of the filing of this motion.

675679_1

Respectfully submitted,

BY: /s/ Martin J. Weis
    MARTIN J. WEIS, ESQUIRE (4333)
    Dilworth Paxson LLP
    One Customs House
    Suite 500
    704 King Street
    P.O. Box 1031
    Wilmington, Delaware 19801
    Tel: 302-571-9800
    Fax: 302-571-8875
    mweis@dilworthlaw.com
    Attorney for Defendant,
    Kristen S. Gibbons, Esq.

Dated: January 31, 2007

675679_1

## CERTIFICATE OF SERVICE

I, Martin J. Weis, do hereby certify that I have, this 31st day of January, 2007, served plaintiff with a copy of the foregoing Motion for the Extension of Time to Answer by filing it via the court's electronic case filing system and sending it via United States mail, postage prepaid, to:

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

Joseph S. Shannon
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

Thomas E. Gay
Stumpf, Vickers & Sandy P.A.
8 West Market Street
Georgetown, DE 19947-1466

Linda Carmichael, Esquire
State of Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801

/s/ Martin J. Weis
Martin J. Weis, Esq. (4333)

675679_1