IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David J. Buchanan<br><br>                       Plaintiff<br>      v.<br>Thomas E. Gay, et al.<br><br>                      Defendants | CIVIL ACTION<br><br>NO. 06-711-SLR |

### ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant Kristen S. Gibbons' Motion to Extend the Time to Respond to the Complaint (Document Number 16), it is ORDERED AND DECREED that Defendant's motion is GRANTED and that Defendant Gibbons is granted an extension of time to and including February 16, 2007 to answer, move or otherwise plead to the Plaintiff's petition.

                                                        _____
                                                        The Honorable Sue L. Robinson
                                                        United States District Court Judge

675890_1

## CERTIFICATE OF SERVICE

I, Martin J. Weis, do hereby certify that I have, this 1st day of February, 2007, served plaintiff with a copy of the foregoing Proposed Order Granting Defendant Gibbons' Motion for the Extension of Time to Answer by filing it via the court's electronic case filing system and sending it via United States mail, postage prepaid, to:

> David J. Buchanan
> 34806 Hudson Road
> Laurel, Delaware 19956

> Joseph S. Shannon
> Marshall, Dennehey, Warner, Coleman & Goggin
> 1220 N. Market St., Suite 500
> P.O. Box 8888
> Wilmington, DE 19899

> Thomas E. Gay
> Stumpf, Vickers & Sandy P.A.
> 8 West Market Street
> Georgetown, DE 19947-1466

> Linda Carmichael, Esquire
> State of Delaware Department of Justice
> Carvel State Office Building, 6th Floor
> 820 North French Street
> Wilmington, DE 19801

/s/ Martin J. Weis
Martin J. Weis, Esq. (4333)

675890_1