# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David J. Buchanan<br><br>                       Plaintiff<br>        v.<br>Thomas E. Gay, et al.<br><br>                      Defendants | CIVIL ACTION<br><br>NO. 06-711-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James J. Rodgers, Esquire of Dilworth Paxson LLP, 3200 Mellon Bank Center, 1735 Market Street, Philadelphia, Pennsylvania 19103 to represent Defendant Kristen S. Gibbons, Esq. in this matter.

                                Respectfully submitted,

                                BY: /s/ Martin J. Weis
                                MARTIN J. WEIS, ESQUIRE (4333)
                                Dilworth Paxson LLP
                                One Customs House
                                Suite 500
                                704 King Street
                                P.O. Box 1031
                                Wilmington, Delaware 19801
                                Tel: 302-571-9800
                                Fax: 302-571-8875
                                mweis@dilworthlaw.com
                                Attorney for Defendant,
                                Kristen S. Gibbons, Esq.

Dated: February 2, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David J. Buchanan<br>                      Plaintiff<br>          v.<br>Thomas E. Gay, et al.<br>                     Defendants | CIVIL ACTION<br><br>NO. 06-711-SLR |

### ORDER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of James J. Rodgers is GRANTED.

                                                          _____
                                                          United States District Judge

Date: _____

Gibbons_ Pro Hac Vice (Rodgers)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David J. Buchanan<br>Plaintiff<br>v.<br>Thomas E. Gay, et al.<br>Defendants | CIVIL ACTION<br><br>NO. 06-711-SLR |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules.

Respectfully submitted,

BY: _____
JAMES J. RODGERS, ESQ.
Dilworth Paxson LLP
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Attorney for Defendant,
Kristen S. Gibbons, Esq.

Dated: February 2, 2007

Gibbons_ Pro Hac Vice (Rodgers)

## CERTIFICATE OF SERVICE

I, Martin J. Weis, do hereby certify that I have, this 2nd day of February, 2007, served a copy of the foregoing Motion for Admission *Pro Hac Vice* by filing it via the court's electronic case filing system and sending it via United States mail, postage prepaid, to:

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956


Joseph S. Shannon
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899


Thomas E. Gay
Stumpf, Vickers & Sandy P.A.
8 West Market Street
Georgetown, DE 19947-1466


Linda Carmichael, Esquire
State of Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801

/s/ Martin J. Weis
Martin J. Weis, Esq. (4333)

Gibbons_ Pro Hac Vice (Rodgers)