IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David J. Buchanan<br>Plaintiff<br>v.<br>Thomas E. Gay, et al.<br>Defendants | CIVIL ACTION<br><br>NO. 06-711-SLR |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Thomas Vecchio, Esquire of Dilworth Paxson LLP, 3200 Mellon Bank Center, 1735 Market Street, Philadelphia, Pennsylvania 19103 to represent Defendant Kristen S. Gibbons, Esq. in this matter.

Respectfully submitted,

BY: /s/ Martin J. Weis
MARTIN J. WEIS, ESQUIRE (4333)
Dilworth Paxson LLP
One Customs House
Suite 500
704 King Street
P.O. Box 1031
Wilmington, Delaware 19801
Tel: 302-571-9800
Fax: 302-571-8875
mweis@dilworthlaw.com
Attorney for Defendant,
Kristen S. Gibbons, Esq.

Dated: February 2, 2007

Gibbons_ Pro Hac Vice (Vecchio)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| David J. Buchanan | CIVIL ACTION |
| Plaintiff | |
| v. | NO. 06-711-SLR |
| Thomas E. Gay, et al. | |
| Defendants | |

**ORDER**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Thomas Vecchio is GRANTED.

_____
United States District Judge

Date: _____

Gibbons_ Pro Hac Vice (Vecchio)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David J. Buchanan<br><br>                                Plaintiff<br>      v.<br>Thomas E. Gay, et al.<br><br>                              Defendants | CIVIL ACTION<br><br>NO. 06-711-SLR |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey and the State of Maryland and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules.

                                      Respectfully submitted,

                              BY: _____
                                      THOMAS VECCHIO, ESQ.
                                      Dilworth Paxson LLP
                                      3200 The Mellon Bank Center
                                      1735 Market Street
                                      Philadelphia, PA 19103

                                      Attorney for Defendant,
                                      Kristen S. Gibbons, Esq.

Dated: February 2, 2007

## CERTIFICATE OF SERVICE

I, Martin J. Weis, do hereby certify that I have, this 2nd day of February, 2007, served a copy of the foregoing Motion for Admission *Pro Hac Vice* by filing it via the court's electronic case filing system and sending it via United States mail, postage prepaid, to:

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

Joseph S. Shannon
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

Thomas E. Gay
Stumpf, Vickers & Sandy P.A.
8 West Market Street
Georgetown, DE 19947-1466

Linda Carmichael, Esquire
State of Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801

/s/ Martin J. Weis
Martin J. Weis, Esq. (4333)

Gibbons_ Pro Hac Vice (Vecchio)