IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN,<br><br>    Petitioner, Pro Se,<br><br>vs.<br><br>THOMAS E. GAY, ESQUIRE, WIFE THAILA JOAN GAY, THE HONORABLE JANE M. BRADY (ATTORNEY GENERAL/SUPEROR COURT JUDGE), KRISTEN S. GIBBONS, ESQUIRE, (COURT APPOINTED SPECIAL ADVOCATE ATTORNEY AD LITEM), DELAWARE STATE POLICE, GEORGETOWN POLICE, SEAFORD POLICE, JOHN BRADY, ESQUIRE, DELAWARE FAMILY COURT THE STATE OF DELAWARE and THE FIRM OF STUMPF, VICKERS & SANDY, JOHN F. BRADY, ESQUIRE, et al.<br><br>    Respondents. | No.: 06-cv-00711 SLR<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

To:    David J. Buchanan
    34806 Hudson Road
    Laurel, DE 19947

Linda Carmichael, Esquire
Department of Justice
Carvel State Office Bldg., 6th Fl.
820 N. French St.
Wilmington, DE 19801

Joseph Scott Shannon, Esquire
Marshall Dennehey Warner
    Coleman & Goggin
1220 N. Market St., 5th Fl.
P. O. Box 8888
Wilmington, DE 19899-8888

Martin J. Weis, Esquire
Dilworth Paxson
One Customs House, Suite 500
P. O. Box 1031
Wilmington, DE 19899-1031

James J. Rodgers, Esquire
Dilworth Paxson
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

PLEASE ENTER the appearance of John A. Elzufon, Esquire and Jennifer L. Story, Esquire, of the law firm of Elzufon, Austin, Reardon, Tarlov & Mondell as counsel for Defendant, Thaila Joan Gay. This entry of appearance does not waive any applicable defenses, including but not limited to insufficiency of process or insufficiency of service of process, in this matter.

                **ELZUFON, AUSTIN, REARDON**
                **TARLOV & MONDELL, P.A.**

                /S/John A. Elzufon
                JOHN A. ELZUFON, ESQUIRE - I.D. #177

                /S/Jennifer L. Story
                JENNIFER L. STORY, ESQUIRE – I.D. #4918
                300 Delaware Avenue, Suite 1700
                P.O. Box 1630
                Wilmington, DE 19899-1630
                (302) 428-3181
                Attorneys for Defendant/Thaila Joan Gay

Dated: February 2, 2007
cc:    Thaila Joan Gay
G:\Docs\CLIENT\1097\16652\pleading\00381349.DOC

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   )  SS.
NEW CASTLE COUNTY  )

    I, KAREN M. LEWIS, secretary to JOHN A. ELZUFON, ESQUIRE and JENNIFER L. STORY, ESQUIRE, in the law firm of Elzufon Austin Reardon Tarlov & Mondell, P.A., do hereby certify that on the 2nd day of February, 2007, I caused the attached *Entry of Appearance* to be e-filed or mailed via first class mail to the following individual(s):

David J. Buchanan
348 Hudson Road
Laurel, DE 19947
*Via first class mail*

Linda Carmichael, Esquire
Department of Justice
Carvel State Office Bldg., 6th Fl.
820 N. French St.
Wilmington, DE 19801
*Via first class mail*

James J. Rodgers, Esquire
Dilworth Paxson LLP
3200 Mellong Bank Center
1735 Market Street
Philadelphia, PA 19103
*Via first class mail*

Martin J. Weis, Esquire
Dilworth Pazxson
One Customs House, Suite 500
P. O. Box 1031
Wilmington, DE 19899-1031
*Via e-file*

Joseph Scott Shannon, Esquire
Marshall Dennehey Warner
  Coleman & Goggin
1220 N. Market St., 5th Fl.
P. O. Box 8888
Wilmington, DE 19899-8888
*Via e-file*

/S/Karen M. Lewis
KAREN M. LEWIS

    SWORN TO AND SUBSCRIBED before me, a Notary Public, this 2nd day of February, 2007.

/S/Robin R. Robinson
NOTARY PUBLIC