IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | : | |
| | : | No.: 06-cv-00711 SLR |
| Petitioner, Pro Se, | : | |
| | : | |
| vs. | : | |
| | : | |
| THOMAS E. GAY, ESQUIRE, WIFE | : | JURY TRIAL DEMANDED |
| THAILA JOAN GAY, THE HONORABLE | : | |
| JANE M. BRADY (ATTORNEY | : | |
| GENERAL/SUPEROR COURT JUDGE), | : | |
| KRISTEN S. GIBBONS, ESQUIRE, | : | |
| (COURT APPOINTED SPECIAL | : | |
| ADVOCATE ATTORNEY | : | |
| AD LITEM), DELAWARE STATE | : | |
| POLICE, GEORGETOWN POLICE, | : | |
| SEAFORD POLICE, JOHN BRADY, | : | |
| ESQUIRE, DELAWARE FAMILIY COURT: | | |
| THE STATE OF DELAWARE | : | |
| THE FIRM OF STUMPF, VICKERS & | : | |
| SANDY, JOHN F. BRADY, | : | |
| ESQUIRE, et al. | : | |
| | : | |
| Respondents. | : | |

## MOTION TO DISMISS

COMES NOW, defendant Thaila Joan Gay, by and through her undersigned counsel, and move to dismiss the Complaint in this matter pursuant to Fed. R.Civ. P. 12(b)(6) on the basis that the Complaint fails to state a claim upon which relief may be granted. Defendant simultaneously has filed an Opening Brief in Support of this Motion to Dismiss.

[Signature on Next Page]

ELZUFON, AUSTIN, REARDON
TARLOV & MONDELL, P.A.

_____
JOHN A. ELZUFON, ESQUIRE - I.D. #177

_____
JENNIFER L. STORY, ESQUIRE – I.D. 4918
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Attorneys for Defendant/Thaila Joan Gay

Dated: 02/05/07