IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | : | |
| | : | No.: 06-cv-00711 SLR |
| Petitioner, Pro Se, | : | |
| | : | |
| vs. | : | |
| | : | |
| THOMAS E. GAY, ESQUIRE, WIFE | : | JURY TRIAL DEMANDED |
| THAILA JOAN GAY, THE HONORABLE | : | |
| JANE M. BRADY (ATTORNEY | : | |
| GENERAL/SUPEROR COURT JUDGE), | : | |
| KRISTEN S. GIBBONS, ESQUIRE, | : | |
| (COURT APPOINTED SPECIAL | : | |
| ADVOCATE ATTORNEY | : | |
| AD LITEM), DELAWARE STATE | : | |
| POLICE, GEORGETOWN POLICE, | : | |
| SEAFORD POLICE, JOHN BRADY, | : | |
| ESQUIRE, DELAWARE FAMILIY COURT: | | |
| THE STATE OF DELAWARE | : | |
| THE FIRM OF STUMPF, VICKERS & | : | |
| SANDY, JOHN F. BRADY, | : | |
| ESQUIRE, et al. | : | |
| | : | |
| Respondents. | : | |

## ORDER

IT IS HEREBY ORDERED this _____ day of _____,
2007, that Thaila Joan Gay's Motion to Dismiss is hereby GRANTED.

_____
J.