## CERTIFICATE OF SERVICE

STATE OF DELAWARE    :
                     :  SS:
NEW CASTLE COUNTY    :

     I, Jennifer L. Story, Esquire hereby certify that on this 5th day of February, 2007, a copy of the BRIEF IN SUPPORT OF DEFENDANT THAILA JOAN GAY'S MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 12 (b)(6) IN LIEU OF ANSWER TO THE COMPLAINT were served on this date on the following individual(s) of record:

*Via First Class Mail*
David J. Buchanan
34806 Hudson Road
Laurel, DE 19947

*Via First Class Mail*
Linda Carmichael, Esquire
Department of Justice
Carvel State Office Bldg., 6th Fl.
820 N. French St.
Wilmington, DE 19801

*Via Lexis Nexis E-File*
Joseph Scott Shannon, Esquire
Marshall Dennehey Warner
   Coleman & Goggin
1220 N. Market St., 5th Fl.
P. O. Box 8888
Wilmington, DE 19899-8888

*Via Lexis Nexis E-File*
Martin J. Weis, Esquire
Dilworth Paxson
One Customs House, Suite 500
P. O. Box 1031
Wilmington, DE 19899-1031

*Via First Class Mail*
James J. Rodgers, Esquire
Dilworth Paxson
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

                                  /s/ Jennifer L. Story
                                Jennifer L. Story (I.D. #4918)

G:\Docs\CLIENT\1097\16652\pleading\00381574.DOC