## CERTIFICATE OF SERVICE

STATE OF DELAWARE   :
                    :   SS:
NEW CASTLE COUNTY   :

I, Jennifer L. Story, Esquire hereby certify that on this 5th day of February, 2007, a copy of the APPENDIX TO BRIEF IN SUPPORT OF DEFENDANT THAILA JOAN GAY'S MOTION TO DISMISS were served on this date on the following individual(s) of record:

*Via First Class Mail*
David J. Buchanan
34806 Hudson Road
Laurel, DE 19947

*Via First Class Mail*
Linda Carmichael, Esquire
Department of Justice
Carvel State Office Bldg., 6th Fl.
820 N. French St.
Wilmington, DE 19801

*Via Lexis Nexis E-File*
Joseph Scott Shannon, Esquire
Marshall Dennehey Warner
   Coleman & Goggin
1220 N. Market St., 5th Fl.
P. O. Box 8888
Wilmington, DE 19899-8888

*Via Lexis Nexis E-File*
Martin J. Weis, Esquire
Dilworth Paxson
One Customs House, Suite 500
P. O. Box 1031
Wilmington, DE 19899-1031

*Via First Class Mail*
James J. Rodgers, Esquire
Dilworth Paxson
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

/s/ Jennifer L. Story
_____
Jennifer L. Story (I.D. #4918)

G:\Docs\CLIENT\1097\16652\pleading\00381576.DOC