IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | : | |
| | : | |
| Petitioner, Pro Se | : | No.: 06-711 SLR |
| | : | |
| v. | : | |
| | : | |
| THOMAS E. GAY, ESQUIRE, WIFE | : | |
| THALIA J. GAY, THE HONORABLE | : | |
| JANE M. BRADY (ATTORNEY | : | |
| GENERAL/SUPERIOR COURT | : | |
| JUDGE), KRISTEN S. GIBBONS, | : | |
| ESQUIRE (COURT APPOINTED | : | |
| SPECIAL ADVOCATE, ATTORNEY | : | |
| AD LITEM), DELAWARE STATE | : | |
| POLICE, GEORGETOWN POLICE, | : | |
| SEAFORD POLICE, JOHN F. BRADY, | : | |
| ESQUIRE, DELAWARE FAMILY | : | |
| COURT, THE STATE OF DELAWARE, | : | |
| THE FIRM OF STUMPF, VICKERS | : | |
| SANDY, JOHN F. BRADY, ESQUIRE, | : | |
| et al. | : | |
| | : | |
| Respondent(s). | | |

**RESPONDENT, JOHN F. BRADY, ESQUIRE'S ANSWER TO
PETITION TO AWARD DAMAGES FOR; BREACH OF FIDUCIARY
DUTY, MEDICAL MALPRACTICE BY FIDUCIARY, VIOLATION OF
HIPAA, DEFAMATION OF CHARACTER, DERIVATIVE TORT,
INFLICTION OF SEVERE EMOTIONAL DISTRESS AND HARM,
LITIGATION CONDUCTED IN MALUM IN SE, FAILURE TO
OBSERVE FEDERAL BANKRUPTCY LAWS, VIOLATION OF
CIVIL RIGHTS, FALSE ARREST, FALSE IMPRISONMENT,
DISADVANTAGING AN OPPOSING PARTY BY MISLEADING
A PRESIDING JUDGE, ABUSE OF PROCESS, ERRORS AND
OMISSIONS.**

**NOW COMES**, Respondent, John F. Brady, Esquire, by and through counsel, Brady, Richardson, Beauregard & Chasanov, LLC, 10 E. Pine Street, Georgetown, Delaware 19947 and answers the Petitioner's Petition to Award Damages for; Breach of Fiduciary Duty, Medical Malpractice by Fiduciary, Violation of HIPAA, Defamation of Character, Derivative Tort, Infliction of Severe Emotional Distress and Harm, Litigation

Conducted In Malum In Se, Failure To Observe Federal Bankruptcy Laws, Violation of Civil Rights, False Arrest, False Imprisonment, Disadvantaging an Opposing Party by Misleading a Presiding Judge, Abuse of Process, Errors and Omissions as follows:

1. **DENIED.**
2. **Respondent is without sufficient information to admit or deny the averment in Paragraph Number 2.**
3. **DENIED.**
4. **DENIED.**
5. **DENIED.**
6. **DENIED.**
7. **DENIED.**
8. **DENIED.**
9. **Respondent is without sufficient information to admit or deny the averment in Paragraph Number 9.**
10. **DENIED.**

Cause Specific to Delaware Family Court

Nos. 6 thru 12. **Requires no answer.**

Cause Specific to Delaware Supreme Court

Nos. 13 thru 15. **Requires no answer.**

Cause Specific to Kristen S. Gibbons, esquire, Attorney Ad Litem

Nos. 16 thru 24. **Requires no answer.**

Cause Specific to Delaware State Police

Nos. 25 thru 28. **Requires no answer.**

Cause Specific to Georgetown Police

Nos. 29 thru 30. **Requires no answer.**

Cause Specific to Seaford Police

Nos. 31 thru 32. **Requires no answer.**

Cause Specific to The Honorable M. Jane Brady Characteristic to Conspiracy

Nos. 33 thru 35. **Requires no answer.**

Cause Specific to John F. Brady, Esquire

36. **DENIED.** By way of further answer, Respondent never represented Mr. Buchanan on anything prior to the custody case which I entered an appearance in front of in the Delaware Supreme Court.

37. **DENIED.** By way of further answer, Mr. Buchanan's Motion was denied by the Delaware Supreme Court and the order attached with the changed names dismissed all of his claims and found that no Professional Liability existed.

Cause Specific to Thomas E. Gay, Esquire, Thalia J. Gay, and the firm of Stumpf, Vickers and Sandy, P.A.
Nos. 38 thru 74. **Requires no answer.**

**WHEREFORE**, the above named Respondent, John F. Brady, Esquire requests this Honorable Court dismiss all claims against him.

*[signature]*

John F. Brady, Esquire
Brady, Richardson, Beauregard & Chasanov, LLC
10 E. Pine Street
Georgetown, Delaware 19947
302-856-7361
Respondent

Dated: **February 1, 2007**

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | : |
| | : |
| Petitioner, Pro Se | : No.: 06-711 SLR |
| | : |
| v. | : |
| | : |
| THOMAS E. GAY, ESQUIRE, WIFE | : |
| THALIA J. GAY, THE HONORABLE | : |
| JANE M. BRADY (ATTORNEY | : |
| GENERAL/SUPERIOR COURT | : |
| JUDGE), KRISTEN S. GIBBONS, | : |
| ESQUIRE (COURT APPOINTED | : |
| SPECIAL ADVOCATE, ATTORNEY | : |
| AD LITEM), DELAWARE STATE | : |
| POLICE, GEORGETOWN POLICE, | : |
| SEAFORD POLICE, JOHN F. BRADY, | : |
| ESQUIRE, DELAWARE FAMILY | : |
| COURT, THE STATE OF DELAWARE, | : |
| THE FIRM OF STUMPF, VICKERS | : |
| SANDY, JOHN F. BRADY, ESQUIRE, | : |
| et al. | : |
| | : |
| Respondent(s). | |

### CERTIFICATE OF SERVICE

I, Vicki Collins, certify that I caused to be placed in the U.S. Mail, postage prepaid a copy of the attached Respondent's Answer to Petitioner's Petition to Award Damages for; Breach of Fiduciary Duty, Medical Malpractice by Fiduciary, Violation of HIPAA, Defamation of Character, Derivative Tort, Infliction of Severe Emotional Distress and Harm, Litigation Conducted In Malum In Se, Failure To Observe Federal Bankruptcy Laws, Violation of Civil Rights, False Arrest, False Imprisonment, Disadvantaging an Opposing Party by Misleading a Presiding Judge, Abuse of Process, Errors and Omissions on this **1st** day of **February, 2007** to the following person(s):

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

Thomas E. Gay, Esquire
8 West Market Street
Georgetown, Delaware 19947

Thalia J. Gay
15 Brandt Circle
Lewes, Delaware 19958

The Honorable Jane M. Brady
Attorney General
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, Delaware 19801

Kristin Gibbons, Esquire
P.O. Box 873
Georgetown, Delaware 19947

Delaware State Police
C/O Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, Delaware 19801

Georgetown Police Department
335 N. Race Street
Georgetown, Delaware 19947

Seaford Police Department
300 Virginia Avenue
Seaford, Delaware 19973

Delaware Family Court
C/O Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, Delaware 19801

The Law Firm of:
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, Delaware 19947

Vicki A. Collins
Secretary to: John F. Brady, Esquire
Brady, Richardson, Beauregard & Chasanov
10 E. Pine Street
P.O. Box 742
Georgetown, Delaware 19947
302-856-7361

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DONALD J. BURTON, | § § | |
| Petitioner Below-<br>Appellant, | § § § § | No. 558, 2004 |
| | § | Court Below---Family Court |
| v. | § § | of the State of Delaware,<br>in and for Sussex County |
| BETTY H. BURTON, | § § | File No. CS94-3107<br>Petition No. 02-34657 |
| Respondent Below-<br>Appellee, and | § § § | |
| OFFICE OF THE COURT<br>APPOINTED SPECIAL<br>ADVOCATE, | § § § § § | |
| Appellee. | § § | |

Submitted: May 16, 2005
Decided: July 19, 2005

Before **STEELE**, Chief Justice, **HOLLAND** and **RIDGELY**, Justices

### O R D E R[1]

This 19th day of July 2005, upon consideration of the appellant's opening brief and the Office of the Court Appointed Special Advocate's ("CASA's") motion to dismiss the appeal pursuant to Supreme Court Rule 29(b) or, in the

---

[1] The Court has sua sponte assigned pseudonyms to the parties and their minor child. Supr. Ct. R. 7(d).

alternative, to affirm the judgment of the Family Court pursuant to Supreme Court Rule 25(a),[2] it appears to the Court that:

(1) The petitioner-appellant, Donald J. Burton ("Father"), filed an appeal from the Family Court's November 30, 2004 order granting sole custody and primary placement of Hanna, the parties' minor child, to Mother and permitting Father therapeutic visitation.[3] In conjunction with his appeal, Father also requests this Court to issue a writ of prohibition preventing the Family Court from exceeding the limits of its jurisdiction.

(2) The Rules of this Court direct all parties to order a transcript and to include in their appendix those portions of the record that are relevant to any claims on appeal. In this appeal, Father, as the appellant, had the burden of producing "such portions of the trial transcript as are necessary to give this Court a fair and accurate account of the context in which the claim of error occurred" and the record "must include a transcript of all evidence relevant to the challenged finding or conclusion."[4]

---

[2] At the direction of this Court, appellee Betty H. Burton ("Mother") filed responses to CASA's motions. In her responses, Mother stated that she supported the motions.

[3] "Therapeutic visitation" consists of visitation between parent and child under the supervision of a counselor or psychologist. The Family Court's order was issued following a two-day hearing on November 29 and 30, 2004.

[4] Supr. Ct. R. 9(e) (ii) and 14(e).

(3) Father's failure to provide the transcripts of the Family Court hearing precludes appellate review of his claim that the Family Court committed error and/or abused its discretion by awarding sole custody of Hanna to Mother and granting him therapeutic visitation. Father's claim must, therefore, be dismissed.

(4) Even if we were to grant Father's request to decide this appeal on the basis of the remaining Family Court record, Father still would not prevail. Assuming all facts recited in the Family Court's November 30, 2004 order to be correct, we find no error of law or abuse of discretion on the part of the Family Court in fashioning the order it did.[5]

(5) In the absence of any factual support for Father's claim that the Family Court exceeded its jurisdiction, we hereby deny his petition for a writ of prohibition.

(6) Father also filed several motions in conjunction with his appeal---a motion to prevent his attorney from withdrawing his appearance, a motion to dismiss Mother's attorney because of a conflict of interest, a motion to compel the Family Court to "surrender" transcripts of all testimony supporting its rulings, and a motion for a mandatory injunction. We find no appropriate factual or legal support for any of these motions and, therefore, hereby deny them.

---

[5] *Wife (J.F.V.) v. Husband (O.W.V., Jr.)*, 402 A.2d 1202, 1204 (Del. 1979); *Solis v. Tea*, 468 A.2d 1276, 1279 (Del. 1983).

NOW, THEREFORE, IT IS ORDERED that: Father's appeal is DISMISSED; Father's petition for a writ of prohibition is DENIED; and Father's motions are DENIED.

BY THE COURT:

/s/ Myron T. Steele
Chief Justice

STATE OF DELAWARE   :
                    : SS.
COUNTY OF SUSSEX    :

### AFFIDAVIT OF JOHN F. BRADY, ESQUIRE

I, John F. Brady, Esquire, being duly sworn do state as follows:

1. I am a named Defendant in the mater of Buchanan v. Thomas E. Gay, et al, Case Number 06-711 SLR.

2. That I am currently unable to electronically file the attached Answer to Petition with the United States District Court for the District of Delaware due to the fact that I do not currently have a registered account with the Court's Electronic Filing System.

3. That I have completed the Attorney/Participant Registration Form and have submitted the same for registration on this 1st day of February, 2007.

4. That I respectfully ask that the Clerk's Office electronically file and docket the attached Answer to Petition on my behalf.

_____(SEAL)
JOHN F. BRADY, ESQUIRE

SWORN TO AND SUBSCRIBED before me this 1st day of February, 2007.

_____
NOTARY PUBLIC