IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-711 SLR |
| ) | |
| THOMAS E. GAY, ESQUIRE, WIFE ) | |
| THALIA J. GAY, THE HONORABLE ) | |
| JANE M. BRADY (ATTORNEY ) | |
| GENERAL/SUPERIOR COURT ) | |
| JUDGE), KRISTEN S. GIBBONS, ) | |
| EQUIRE, (COURT APPOINTED ) | |
| SPECIAL ADVOCATE ATTORNEY ) | |
| AD LITEM), DELAWARE STATE ) | |
| POLICE, SEAFORD POLICE, ) | |
| JOHN BRADY, ESQUIRE, DELAWARE ) | |
| FAMILY COURT, THE STATE OF ) | |
| DELAWARE, THE FIRM OF STUMPF, ) | |
| VICKERS & SANDY, JOHN F. BRADY, ) | |
| ESQUIRE, ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Defendants, the Supreme Court of the State of Delaware, the Family Court of the State of Delaware, M. Jane Brady, as Attorney General and as Superior Court Judge for the State of Delaware, and the Delaware State Police (collectively the "State Defendants"), by and through their counsel, hereby move this Honorable Court to enter

an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed.R Civ.P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying State Defendants' Opening Brief in Support of Motion to Dismiss.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Linda M. Carmichael
        Linda M. Carmichael, I.D. #3570
        Deputy Attorney General
        820 N. French Street, 6th Floor
        Wilmington, DE  19801
        (302) 577-8400
        Attorney for the Delaware Supreme Court, the Family Court, M. Jane Brady, as Superior Court Judge, M. Jane Brady as Attorney General and the Delaware State Police

Dated:  February 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2007, I electronically filed State Defendants' Motion to Dismiss with the Clerk of the Court using CM/ECF. In addition, I caused the attached to be e-filed or mailed via first class mail to the following individuals:

| | |
|---|---|
| David J. Buchanan<br>34806 Hudson Road<br>Laurel, DE 19947<br>Via first class mail | Joseph Scott Shannon, Esquire<br>Marshall Dennehey Warner<br>    Coleman & Goggin<br>1220 N. Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>Via e-file |
| James J. Rodgers, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>Via first class mail | Martin J. Weis, Esquire<br>Dilworth Paxson<br>One Customs House, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899-1031<br>Via e-file |
| John A. Elzufon, Esquire<br>Jennifer L. Story, Esquire<br>Elzufon, Austin, Reardon<br>    Tarlov & Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899-1630<br>Via e-file | By: /s/ Linda M. Carmichael<br>Linda M. Carmichael I.D. #3570<br>Deputy Attorney General<br>Carvel State Office Building<br>820 North French Street, 6th Flr.<br>Wilmington, DE 19801<br>(302) 577-8400<br>linda.carmichael@state.de.us<br>Attorney for the Delaware Supreme Court, the Family Court, M. Jane Brady, as Superior Court Judge, M. Jane Brady as Attorney General and the Delaware State Police |