IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-711 SLR |
| ) | |
| THOMAS E. GAY, ESQUIRE, WIFE ) | |
| THALIA J. GAY, THE HONORABLE ) | |
| JANE M. BRADY (ATTORNEY ) | |
| GENERAL/SUPERIOR COURT ) | |
| JUDGE), KRISTEN S. GIBBONS, ) | |
| EQUIRE, (COURT APPOINTED ) | |
| SPECIAL ADVOCATE ATTORNEY ) | |
| AD LITEM), DELAWARE STATE ) | |
| POLICE, SEAFORD POLICE, ) | |
| JOHN BRADY, ESQUIRE, DELAWARE ) | |
| FAMILY COURT, THE STATE OF ) | |
| DELAWARE, THE FIRM OF STUMPF, ) | |
| VICKERS & SANDY, JOHN F. BRADY, ) | |
| ESQUIRE, ) | |
| ) | |
| Defendants. ) | |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2007, I electronically filed State Defendants' Motion to Dismiss and Opening Brief in Support of State Defendants' Motion to Dismiss with the Clerk of the Court using CM/ECF. In addition, I caused the attached to be e-filed or mailed via first class mail to the following individuals:

David J. Buchanan  
34806 Hudson Road  
Laurel, DE 19947  
Via first class mail

Joseph Scott Shannon, Esquire  
Marshall Dennehey Warner  
   Coleman & Goggin  
1220 N. Market Street, 5th Floor  
P.O. Box 8888  
Wilmington, DE 19899-8888  
Via e-file

James J. Rodgers, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
Via first class mail

John A. Elzufon, Esquire
Jennifer L. Story, Esquire
Elzufon, Austin, Reardon
    Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Via e-file

Martin J. Weis, Esquire
Dilworth Paxson
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
Via e-file

John Francis Brady
Brady, Richardson, Beauregard &
Chasanov, LLC
10 E. Pine Street
P.O. Box 742
Georgetown, DE 19947
Via first class mail

By: /s/ Linda M. Carmichael
Linda M. Carmichael I.D. #3570
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Flr.
Wilmington, DE 19801
(302) 577-8400
linda.carmichael@state.de.us
Attorney for the Delaware Supreme Court, the Family Court, M. Jane Brady, as Superior Court Judge, M. Jane Brady as Attorney General and the Delaware State Police