IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | ) ) ) | Civ. No   06-711-SLR. |
| Plaintiff, Pro Se | ) ) ) ) | |
| v. | ) ) ) | |
| THOMAS E. GAY, THALIA J. GAY, HONORABLE JANE M. BRADY, KRISTEN S. GIBBONS, DELAWARE STATE POLICE, GEORGETOWN POLICE, SEAFORD POLICE, JOHN BRADY, THE STATE OF DELAWARE, DELAWARE FAMILY COURT OF THE STATE OF DELAWARE, AND THE FIRM OF STUMF, VICKERS, AND SANDY, et al. | ) ) ) ) ) ) ) ) ) ) ) | FILED  FEB -7 2007  U.S. DISTRICT COURT DISTRICT OF DELAWARE |
| Defendants. | ) | BD scanned |

### ANSWER OPPOSING MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT

COMES NOW, the Plaintiff opposing the *Motion to Extend the Time to Respond to the Complaint*, for the following reasons:

1. Motion does not comply with Rule of Civil Procedure 10 (b).

2. Motion indicates that Ms. Gibbons retained counsel thirteen days after she was served with Summons, showing a lack of diligence in participating in this litigation, intent to oar, and neglect disdain to an enlargement of time to answer.

3. Right to Counsel in civil litigation is <u>not</u> absolute, and where Kristen S. Gibbons, Esquire, is Licensed to practice law in the State of Delaware, she is capable of preparing a timely response in her own defense.

1

4. Motion indicates that an enlargement of time is required to gather facts, research applicable law, and articulate the various bases for dismissal, or otherwise organize a Defense, where counsel representing counsel emanates that the tortfeasor acknowledges a set of circumstances that may be criminal for which the Plaintiff can prevail, and where the *Standard of Review* pertaining to a motion to dismiss states; "A motion to dismiss, filed pursuant to Superior Court Civil Rule 12(b)(6), must be decided solely upon the allegations set forth in the complaint, and the Court must accept all allegations within the complaint as true. If a plaintiff may recover under any reasonably conceivable set of circumstances, a motion to dismiss must de denied." *See Washington v. Department of Correction, and Jane M. Brady, C.A. No. 05M-10-076 WCC, Del. Superior.*

**WHEREFORE,** The above captioned Plaintiff, David J. Buchanan, hereby requests the Court consider; the willful disregard of Defendant Kristen S. Gibbons, Esquire, to file a timely response to the complaint, that Kristen S. Gibbons, Esquire, is an Attorney Licensed to practice law in the jurisdiction captioned above, who is attempting to protract this litigation by seeking protection in the right to counsel acknowledging circumstances for which the Plaintiff can prevail as alleged in the complaint, and then deny any enlargement of time to answer, in the interest of the Court's sense of fair play.

Dated: February 5, 2007

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY,** That I mailed on the 5th day of February, 2007, a true and correct copy of the foregoing, *ANSWER OPPOSING MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT*, proposed order, and letter to Presiding Judge via United States Mail, postage pre-paid to the following persons:

TO:  Martin J. Weis, Esquire  
P.O. Box 1031  
Wilmington, DE 19801

Joseph S. Shannon  
P.O. Box 8888  
Wilmington, DE 19899

Linda Carmichael, Esquire  
Department of Justice  
Carvel State Office Building, 6th Floor  
820 North French Street  
Wilmington, DE 19801

John F. Brady, Esquire  
10 E. Pine Street  
Georgetown, DE 19947

David J. Buchanan, Plaintiff  
34806 Hudson Road  
Laurel, DE 19956  
302 875 -1362

4

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, ) | Civ. No | 06-711-SLR. |
| Plaintiff, Pro Se ) | | |
| v. ) | | |
| THOMAS E. GAY, THALIA J. GAY, ) HONORABLE JANE M. BRADY, ) KRISTEN S. GIBBONS, DELAWARE ) STATE POLICE, GEORGETOWN POLICE, ) SEAFORD POLICE, JOHN BRADY, ) THE STATE OF DELAWARE, ) DELAWARE FAMILY COURT OF THE ) STATE OF DELAWARE, AND THE FIRM ) OF STUMF, VICKERS, AND SANDY, et al. ) | | |
| Defendants. ) | | |

## ORDER

IT IS ORDERED, on this ____ day of _____, 2007, upon consideration of

Defendant Kristen S. Gibbons' *Motion to Extend the Time to Respond to the Complaint,*

and Plaintiff's *Answer* opposing such enlargement of time, such enlargement is

DENIED.

                                                   _____
                                                   The Honorable Sue L. Robinson
                                                   United States District Court Judge