IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

DAVID J. BUCHANAN,                              )
                                               )
        Plaintiff, Pro Se                       )    Civ. No    06-711-SLR.
                                               )
                                               )
                                               )
                                               )
    v.                                          )
                                               )
THOMAS E. GAY, THALIA J. GAY,                   )
HONORABLE JANE M. BRADY,                        )
KRISTEN S. GIBBONS, DELAWARE                    )
STATE POLICE, GEORGETOWN POLICE,                )
SEAFORD POLICE, JOHN BRADY,                     )
THE STATE OF DELAWARE,                          )
DELAWARE FAMILY COURT OF THE                    )
STATE OF DELAWARE, AND THE FIRM                 )
OF STUMF, VICKERS, AND SANDY, et al.            )
                                               )
                                               )
        Defendants.                             )

FILED

FEB - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

## ANSWER OPPOSING MOTION TO STAY DISCOVERY AND MOTION TO COMPEL DISCOVERY

COMES NOW, the Plaintiff opposing the *Motion to Stay Discovery,* and in

support motions the Court to Compel Discovery for the following reasons:

1. Disagree as written. Returned summons for Thomas E. Gay, Esquire, and the Firm of

SVS, at 8 West Market Street, Georgetown DE, 19947, indicates that service of

*Complaint,* was performed at 10:55 a.m. on January 16, 2007.

2. Does not require an answer.

3. Opposed, the Doctrine of *res judicata* does not apply to this litigation for the

following:

    a) Thomas E. Gay, Esquire, continued to litigate matters before the Family Court to

1

be awarded attorney fees for litigation in that Court after Mr. Buchanan had filed a

complaint against him and his firm in Superior Court, then in violation of Bankruptcy

Stay 362, and with disregard of the Family Court's caution noted in it's order

pertaining to attorney fees, and in the absence of a "claim" filed in Bankruptcy Court

Case No. 04-12429-JKF, proceeded to attempt to perfect money due him at a date

following the Superior Court Order dated September 21, 2006, by and through James

B. Tyler, Esquire, entered arguments before Bankruptcy Judge Fitzgerald on October

21, 2006, supporting a liquidation of Mr. Buchanan's home and business to collect

$36,240 for Mr. Gay's attorney fees.  During a Bankruptcy hearing on October 21,

2006, the Court notified Mr. Tyler that a "claim" must be filed to enjoy in any

distribution from the Estate, and further directing Mr. Tyler to file a late "claim", so

that Mr. Buchanan's arguments pursuant to "claim" can be formally addressed

pursuant to Rule 3002.

b)  Res judicata by definition applies to litigation that has been adjudicated on the

merits, not dismissed pursuant to rule, error in law, and/or misconduct of counsel.

c)  Rule 26 does not limit discovery from a party, or authorize any stay of discovery

awaiting a court ruling, and is intended to allow a broad search for facts without the

expense of subpoena, where the same discovery is afforded from parties regardless of

tortfeasor status.

4.  Opposed, the Plaintiff is not required to wait to receive discovery pending any

argument, order, or determination of cognizable claim, and where this case is intertwined

with an appeal for Bankruptcy before the same court Case No. 07-34-SLR, and shows

cause to support circumstance for which Plaintiff can prevail, any dismissal pursuant to

2

Rule 12(b)(6) must be denied.

5. By further response the Plaintiff motions the Court to compel discovery as attached to *Defendant's Motion To Stay Discovery* as Exhibit 1, which will also be used to defend criminal matters pertaining to financial spawned from Mr. Gay's litigation and brought before the District of Columbia Superior Court Case No. D.C. 2006-CF2-027494, and in the State of Maine FORDC-CR-2006-590, *See attached Motion to Set Aside Forfeiture of Bond.*

6. Where a tortfeasor in this case file has requested an enlargement of time to gather facts, research applicable law, and articulate the various bases for dismissal, or otherwise organize a delaying Defense, and where counsel representing counsel emanates that the tortfeasor acknowledges a set of circumstances that may be criminal for which the Plaintiff can prevail, and where the *Standard of Review* pertaining to a motion to dismiss states; "A motion to dismiss, filed pursuant to Superior Court Civil Rule 12(b)(6), must be decided solely upon the allegations set forth in the complaint, and the Court must accept all allegations within the complaint as true. If a plaintiff may recover under any reasonably conceivable set of circumstances, a motion to dismiss must de denied," Then dismissal is not an option preventing discovery. *See Washington v. Department of Correction, and Jane M. Brady, C.A. No. 05M-10-076 WCC, Del. Superior.*

**WHEREFORE,** The above captioned Plaintiff, David J. Buchanan, hereby requests the Court consider the willful intent of counsel to thwart access to discovery adding cost to litigation, and that such discovery will be used in other Courts to defend matters spawned from Mr. Gay's filings, then in the interest of the Court's sense of fair play, issue an order compelling all counsel to provide timely discovery when requested.

3

Dated: February 5, 2007

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

4

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY,** That I mailed on the 5th day of February, 2007, a true

and correct copy of the foregoing, *Answer Opposing Motion to Stay Discovery and*

*Motion to Compel Discovery*, proposed order, via United States Mail, postage pre-paid to

the following persons:

TO:    Martin J. Weis, Esquire           Joseph S. Shannon
        P.O. Box 1031                   P.O. Box 8888
        Wilmington, DE 19801        Wilmington, DE 19899

        Linda Carmichael, Esquire      John F. Brady, Esquire
        Department of Justice          10 E. Pine Street
        Carvel State Office Building, 6th Floor   Georgetown, DE 19947
        820 North French Street
        Wilmington, DE 19801

David J. Buchanan, Plaintiff
34806 Hudson Road
Laurel, DE 19956
302 875 -1362

6

# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

|  |  |  |  |
|---|---|---|---|
| DAVID J. BUCHANAN, | ) | Civ. No | 06-711-SLR. |
| Plaintiff, Pro Se | ) |  |  |
| v. | ) |  |  |
| THOMAS E. GAY, Esquire, et al. | ) |  |  |
| Defendants. | ) |  |  |

## ORDER

IT IS ORDERED, on this ____ day of _____, 2007, upon consideration of

Defendant Thomas E. Gay's *Motion to Stay Discovery,* and Plaintiff's *Answer Opposing*

*Motion to Stay Discovery and Motion to Compel Discovery,* and that such discovery can

go to defend Plaintiff in criminal matter brought before other Courts, any stay of

discovery is DENIED.

_____
The Honorable Sue L. Robinson
United States District Court Judge

5



# STATE OF MAINE

| | | |
|---|---|---|
| DISTRICT COURT | ) | **REF: NOTICE OF BAIL** |
| FORT KENT | ) | **BOND DEFAULT, FOR-** |
| Docket No. FORDC-CR-2006-00590 | ) | **FEITURE AND ORDER** |
| | ) | |
| STATE OF MAINE | ) | D.C. 2006-CF2-027494, |
| | ) | DELAWARE FAMILY |
| v. | ) | COURT CS94-3107, |
| | ) | DELAWARE SUPERIOR |
| DAVID BUCHANAN | ) | 06C-01-002, U.S. DISTRICT |
| Defendant | ) | DELAWARE 06-711, U.S. |
| | ) | BANKRUPTCY DEL. 04- |
| NOTICE TO:  SANDRE L. DAIGH, Ass. Clerk | ) | 12419 JKF. |
| FORT KENT DISTRICT COURT | ) | |
| P.O. BOX 473 | ) | |
| FORT KENT, ME 04743-0473 | ) | |
| | ) | |

## MOTION TO SET ASIDE FORFEITURE OF BOND

**NOW COME** the Defendant David J. Buchanan, Pro Se and in the absence of assigned counsel, to motion the Fort Kent District Court, to Set Aside Forfeiture of Bond, and in support state, claim, and aver the following:

1. The above captioned case file was spawned by matters brought before the Superior Court of the District of Columbia, by Defendant's ex-wife, which generated a warrant for arrest without assigning a warrant number, where the Superior Court of the District of Columbia assigned a Criminal Case No. 090600688, and Superior Court of the District of Columbia Case No. 2006-CF2-027494, upon Defendant's voluntary appearance in Superior Court of the District of Columbia, on December 11, 2006.

2. Letter attached dated December 15, 2006, from the District of Columbia Pretrial Services Agency, shows the scheduled Court Appearance in D.C. of January 4, 2007, which conflicts with the appearance in Maine.

3. Letter attached dated December 15, 2006, from the District of Columbia Pretrial

1

Services Agency, was untimely received by Defendant allowing timely direction to

counsel in Maine (Jeffrey Pickering, Esquire), to motion the court to excuse Defendants

appearance in the Maine Court, and return said bond money, due to conflict in Court

schedules, and jurisdiction, where the Defendant was required to appear in the D.C. Court

at 9 a.m. on January 4, 2007.

4.  Communication with counsel Jeffrey Pickering, Esquire has since been

interrupted making necessary a pro se motion filed by Defendant to recover bond money

deposited with the Court in the amount of $1000, and a service fee of $40, charged by the

bond administrator.

**WHEREFORE** the Defendant respectfully requests that the Court set aside

default, and return money on deposit with the Court in the amount of $1040.00 dollars

U.S. as Bond to ensure Defendant's appearance on above noted matters, to him at 34806

Hudson Road, Laurel Delaware, 19956.

Dated: 20 Jan 07

David J. Buchanan, Pro Se
34806 Hudson Road,
Laurel, Delaware 19956
302 875-1362

2

# ORDER

Given the foregoing *MOTION TO SET ASIDE FORFEITURE OF BOND*, and the

circumstances pertaining to conflict of appearance as noted, it is hereby

**ORDERED TO:**

**Set aside the forfeiture of bond, and**

**Bond in the amonnt of $1000 shall be returned to Defendant at 34806 Hudson Road, Laurel, Delaware 19956.**

**Service fees in the amount of $40.00 shall be returned to Defendant.**

Date:_____                    _____

                                                            Judge/Justice

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY,** That I mailed on the 21st day of January, 2007, a true

and correct copy of the foregoing <u>MOTION TO SET ASIDE FORFEITURE OF</u>

<u>BOND</u> with attachments, and proposed Order, via United States Mail, postage pre-paid to

the following persons:

TO:   SANDRE L. DAIGH, Ass. Clerk
       FORT KENT DISTRICT COURT
       P.O. BOX 473
       FORT KENT, ME 04743-0473

David J. Buchanan, Defendant
34806 Hudson Road
Laurel, DE 19956
302 875 -1362

4

# DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

500 Indiana Avenue, NW
Room #C-301
Washington, DC 20001

**December 15, 2006**

David Buchanan
34806 Hudson Road
Laurel, DE 19956

This letter is a reminder of your scheduled Court Appearance on January 04, 2007.
On this date, you are to first report to the Release Services Unit located at the DC Superior
Court, 'C' Street Level, Room C-301, 500 Indiana Ave, NW Washington, DC, where you
will be directed to the proper courtroom for your scheduled hearing.

Call (202) 220-5666, Monday through Friday 7:30AM - 7:00PM or Saturday 8:30AM -
3:00PM, to acknowledge that you received this notice and that you know when to appear.

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU COME TO COURT.**

If you have any questions or problems concerning this court date, please call the Pretrial
Services Agency at (202) 220-5666.

| | |
|---|---|
| **Docket Number:** | 2006-CF2-027494 |
| **Your Attorney:** | SHARONL.BURKA |
| **Telephone Number:** | 202-966-0625 |
| **BAID Number:** | |
| **BACE Number:** | 06345886 |