David J. Buchanan
34806 Hudson Rd.
Laurel, DE 19956

February 4, 2007

The Honorable Sue L. Robinson
U.S. District Court, Delaware
844 King Street
Wilmington, DE 19801

FILED
FEB -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Reference: Case No. 06-711-SLR, Case No. 07-34-SLR

Your Honor:

   Contemporaneously with this letter, I have filed a *Motion to Compel Discovery*, and an answer opposing any enlargement of time to answer the complaint filed by Kristen S. Gibbons, where Ms. Gibbons, as well as other tortfeasors, has established a landscape for defense purporting an expected dismissal of the case. It is my understanding that any dismissal pursuant to Civil Rule 12(b)(6) must be decided solely upon the allegations set forth in the complaint, and not due to argument provided in an answer or motion to dismiss, and where tortfeasors are equally and jointly liable in this litigation, any motion to dismiss must encumber the Defendants as joint, forfeiting privileged exclusion by any single tortfeasor from litigation in order to comply with the *"Standard of Review"* concerning dismissal of a case. Claims supporting any dismissal pursuant to the doctrine of Res Judicata, Judicial Estoppel, and/or special consideration are argumentative in nature requiring a separate motion, and fail the conditions allowing dismissal pursuant to the *"Standard of Review"*.

   With regards to providing discovery pursuant to Civil Rule 26, it is my expectation that the Court recognize that any delay in providing discovery in response to

5

a request for discovery, addressed to a single tortfeasor, only stands to delay proceedings, add cost to litigation, and interfere with process of law where conspiracy to interfere with rights is core to the complaint, where any such discovery can be otherwise obtained by subpoena from parties not liable in such litigation.

Sincerely

David J. Buchanan