IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS E. GAY; THAILA J. GAY; )<br>THE HONORABLE M. JANE BRADY; )<br>KRISTEN S. GIBBONS; DELAWARE )<br>STATE POLICE; GEORGETOWN POLICE; )<br>SEAFORD POLICE; JOHN BRADY; )<br>DELAWARE FAMILY COURT OF THE STATE )<br>OF DELAWARE; THE STATE OF DELAWARE; )<br>and THE LAW FIRM OF STUMPF VICKERS )<br>& SANDY, P.A., )<br>)<br>           Defendants. ) | Civ. A. No. 06-711-SLR |

**MOTION TO QUASH SUBPOENA**

      COMES NOW Defendants Thomas E. Gay, Esquire, and the law firm of Stumpf Vickers & Sandy, P.A., (*hereinafter collectively* "SVS" *unless otherwise disambiguated*), and pursuant to Fed. Rr. Civ. P. 26(c) and 45(C)(3)(a) requests this Honorable Court for a Order quashing a subpoena filed by Plaintiff in this matter and states in support thereof the following, to wit:

      1.      On January 24, 2007, SVS received in the mail from Plaintiff a document styled *Request for Discovery* seeking in thirty-two numbered paragraphs certain documents. Those discovery requests were the subject of a *Motion to Stay Discovery* filed by SVS on January 30, 2007, and accompanied by a *Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)*. (D.I. ## 13, 15).

      2.      Plaintiff has now filed a subpoena against Thomas E. Gay, Esquire, seeking: "All billing and payment information of any account subject to Barbara H. Buchanan, showing

amounts charged, paid, and discounts applied.  The address and phone number of Ronald Irlick (person subject to financial affidavit in family court).  A record of any phone call placed to Dr. E. Wilson, III, PhD. office, home, cell phone and/or beach house in the past 5 years [*sic*]."  (Exhibit A hereto is a copy of the Subpoena pursuant to D. Del. LR 37.1).

        3.        The information sought is already the subject of Plaintiff's *Request for Discovery* subject to the pending *Motion for Protective Order Staying Discovery*.

        4.        As Plaintiff makes clear in his *Answer Opposing Motion to Stay Discovery and Motion to Compel Discovery* filed on February 7, 2007, (D.I. # 34), the information he seeks is related to "an appeal for Bankruptcy before the same court Case No. 07-34-SLR", (Plaintiff's *Motion* at ¶4), and "will also be used to defend criminal matters pertaining to financial spawned from Mr. Gay's litigation and brought before the District of Columbia Superior Court Case No. D.C. 2006-CF2-027494, and in the State of Main FORDC-CR-2006-590 . . . [*sic*]." (Plaintiff's *Motion* at ¶5).

        5.        Apart from SVS's pending *Motions*; and distinct from Plaintiff's abuse of process and forum shopping, for which, alone, an Order quashing his Subpoena is warranted, Fed. R. Civ. P. 26(d) states:  "[A] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."

        6.        The Parties have not yet conducted the Rule 26(f) discovery conference which requires "[t]he attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan."

7.  In any event, given the pendency of SVS's *Motion for Dismissal*, as well as similar motions filed by all Parties-defendant to have appeared to date, (D.I. ## 21-26 [Thalia Gay], 29-30 [Family Court, Superior Court, Delaware Supreme Court, Delaware State Police, Delaware Attorney General, and Judge M. Jane Brady]), and including John Brady, Esquire's prayer for dismissal for failure to state a claim included within his *Answer*, (D.I. # 28), any Rule 26(f) discovery conference, or, indeed, the allowance of any discovery when resolution of the pending *Motions* on substantially similar legal grounds may well be obviated, would operate to expose Stumpf Vickers & Sandy, P.A., and Thomas Gay, Esquire, to an unnecessary burden in responding to discovery to which Plaintiff may not be entitled.

WHEREFORE Thomas E. Gay, Esquire, and Stumpf Vickers & Sandy, P.A., request this Honorable Court for an ORDER quashing Plaintiff's subpoena attached as Exhibit A hereto and staying all discovery in this matter pending resolution of the *Motion for Dismissal*, and such other relief as the Court finds mete and just.

> MARSHALL DENNEHEY WARNER
> COLEMAN & GOGGIN
>
> /s/Joseph Scott Shannon
> Joseph Scott Shannon, Esquire (I.D. No. 3434)
> 1220 North Market Street, 5th Floor
> P.O. Box 8888
> Wilmington, DE 19899 – 8888
> tel.: 302.552.4329
> fax.: 302.651.7905
> e-mail: jsshannon@mdwcg.com
>
> *Counsel for Thomas E. Gay, Esquire, and*
>    *the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: February 13, 2007

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 06-711-SLR |
| ) | |
| THOMAS E. GAY; THAILA J. GAY; ) | |
| THE HONORABLE M. JANE BRADY; ) | |
| KRISTEN S. GIBBONS; DELAWARE ) | |
| STATE POLICE; GEORGETOWN POLICE; ) | |
| SEAFORD POLICE; JOHN BRADY; ) | |
| DELAWARE FAMILY COURT OF THE STATE ) | |
| OF DELAWARE; THE STATE OF DELAWARE; ) | |
| and THE LAW FIRM OF STUMPF VICKERS ) | |
| & SANDY, P.A., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON THE *MOTION* OF
DEFENDANTS THOMAS E. GAY AND STUMPF VICKERS & SANDY, P.A.
QUASHING PLAINTIFF'S SUBPOENA**

AND NOW the Court, having heard and considered the *Motion* of Defendants Thomas E. Gay, Esquire, and the law firm of Stumpf Vickers & Sandy, P.A., for an Order quashing Plaintiff's subpoena, does hereby FIND and ORDER:

The *Motion* of Thomas E. Gay, Esquire and the law firm of Stumpf Vickers & Sandy, P.A., is hereby GRANTED. No discovery shall take place until such time as the Court hears and rules upon the *Motion for Dismissal* and determines whether any discovery is warranted in this matter.

_____
The Honorable Sue L. Robinson

cc:  Clerk of the Court
     David J. Buchanan, *pro se*
     Joseph Scott Shannon, Esquire
     Parties

## **CERTIFICATE OF SERVICE**

Joseph Scott Shannon, Esquire, hereby certifies that on February 13, 2006, he caused true and correct copies of the attached *Defendants Thomas E. Gay's and Stumpf Vickers & Sandy, P.A.'s Motion for a Stay of Discovery Pursuant to Fed. R. Civ. P. 26(c)* to be served upon the following persons in the manner indicated:

David J. Buchanan
34806 Hudson Road
Laurel, DE 19947
*Via 1st Class U.S. Mail
    Postage Prepaid*

Linda Carmichael, Esquire
State of Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801
*Via e-filing*

John Francis Brady, Esquire
Brady, Richardson, Beauregard
        & Chasanov, LLC
10 E. Pine Street
P.O. Box 742
Georgetown, DE 19947
*Via 1st Class U.S. Mail
    Postage Prepaid*

John Elzufon, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899 – 1630
*Via e-filing*

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza, Suite 500
704 North King Street
Wilmington, DE 19801
*Via e-filing*

MARSHALL DENNEHEY WARNER
    COLEMAN & GOGGIN

  /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and
    the Law Firm of Stumpf Vickers & Sandy, P.A.*

# EXHIBIT A

# EXHIBIT A

Issued by the
# UNITED STATES DISTRICT COURT
_____ DISTRICT OF _____ DELAWARE

David J. Buchanan

V.

Barbara H. Buchanan

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 1:07-cv-34 SLR

RECEIVED
FEB - 8 2007

TO: Thomas E. Gay, Esquire
8 West Market Street
Georgetown, DE 19947

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All billing and payment information of any account subject to Barbara H. Buchanan, showing amounts charged, paid, and discounts applied. The address and phone number of Ronald Irlick (person subject to financial affidavit in family court). A record of any phone call placed to Dr. E. Wilson, III, PhD. office, home, cell phone, and/or beach house in the past 5 years.

| PLACE | DATE AND TIME |
| --- | --- |
| David J. Buchanan, 34806 Hudson Road, Laurel DE, 19956, by first class mail with delivery confirmation. | February 18, 2007 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] Defendent | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

David J. Buchanan 34806 Hudson Rd Laurel De 19956

1    (See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS E. GAY; THAILA J. GAY; )<br>THE HONORABLE M. JANE BRADY; )<br>KRISTEN S. GIBBONS; DELAWARE )<br>STATE POLICE; GEORGETOWN POLICE; )<br>SEAFORD POLICE; JOHN BRADY; )<br>DELAWARE FAMILY COURT OF THE STATE )<br>OF DELAWARE; THE STATE OF DELAWARE; )<br>and THE LAW FIRM OF STUMPF VICKERS )<br>& SANDY, P.A., )<br>)<br>Defendants. ) | Civ. A. No. 06-711-SLR |

## STATEMENT OF COUNSEL PURSUANT TO D. Del. LR 7.1.1

COMES NOW Counsel for Defendants Thomas E. Gay, Esquire, and Stumpf Vickers & Sandy, P.A., and pursuant to D. Del. LR 7.1.1 hereby states as follows:

1. Prior to filing the original *Motion to Stay Discovery Pursuant to Fed. R. Civ. P. 26(c),* on January 30, 2007, (D.I. # 15), Counsel placed a telephone call to Plaintiff *pro se* David Buchanan at the telephone number listed on the Court's Docket for the purpose of reviewing Plaintiff's discovery requests and left a message identifying myself and requesting Plaintiff give me a call.

2. To date, that phone message has not been returned or responded to by Plaintiff, except for his filing, after receipt of the *Motion to Stay Discovery* an *Answering Brief Opposing Motion to Stay and Motion to Compel Discovery*, (D.I. # 34), along with the subpoena served directly on my Clients which is the subject of the instant *Motion to Quash Subpoena.*

3.     Counsel's reasonable efforts to pursue an agreement on staying discovery further to the Court's Rules having been rebuffed by Plaintiff, the attached *Motion to Quash Subpoena* is being presented for the Court's consideration.

                                   MARSHALL DENNEHEY WARNER
                                      COLEMAN & GOGGIN

                               _/s/Joseph Scott Shannon_
                               Joseph Scott Shannon, Esquire (I.D. No. 3434)
                               1220 North Market Street, 5th Floor
                               P.O. Box 8888
                               Wilmington, DE 19899 – 8888
                               tel.: 302.552.4329
                               fax.: 302.651.7905
                               e-mail: jsshannon@mdwcg.com

                               *Counsel for Thomas E. Gay, Esquire, and*
                                    *the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: February 13, 2007