IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 06-711-SLR |
| v. ) | |
| ) | |
| THOMAS E. GAY ESQUIRE, WIFE ) | |
| THALIA J. GAY, THE HONORABLE ) | |
| JANE M. BRADY (ATTORNEY ) | |
| GENERAL/SUPERIOR COURT ) | |
| JUDGE), KRISTEN S. GIBBONS, ) | |
| ESQUIRE (COURT APPOINTED ) | |
| SPECIAL ADVOCATE ATTORNEY ) | |
| AD LITEM), DELAWARE STATE ) | |
| POLICE, SEAFORD POLICE, ) | |
| JOHN BRADY, ESQUIRE, DELAWARE ) | |
| FAMILY COURT, THE STATE OF ) | |
| DELAWARE, THE FIRM OF STUMPF, ) | |
| VICKERS & SANDY, ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' MOTION
FOR ENLARGEMENT OF TIME**

COMES NOW, the State Defendants Delaware Supreme Court, the Family Court, M. Jane Brady, as Superior Court Judge, M. Jane Brady, as Attorney General and the Delaware State Police ("State Defendants") by and through undersigned counsel, and hereby move this Honorable Court to enter an Order, granting an enlargement of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, in which to file a reply brief in support of a State Defendants' Motion to Dismiss in the above-captioned case. In support of this Motion, the State Defendants state as follows:


1.Plaintiff David J. Buchanan ("Plaintiff") filed his complaint on November 27, 2006 alleging constitutional violations against the State Defendants (D.I. No. 2).

2.State Defendants were served with the Complaint on January 17, 2007.

3.In response to the Complaint, State Defendants filed a Motion to Dismiss and Opening Brief in Support thereof on February 6, 2007. (D.I. Nos. 29, 30).

4.Plaintiff filed his Answering Brief on February 15, 2007. (D.I. No. 37). Delaware District Court Local Rule 7.1.2 (a) provides that the reply brief be filed five (5) days after the filing and service of the answering brief.

5.State Defendant's counsel was out of the office on Department of Justice business and did not receive notice of the Answering Brief's filing until February 20, 2007. For this reason, State Defendant's counsel respectfully requests an enlargement of time of three (3) business days from the February 23, 2007 due date, until on or before February 28, 2007, in order to file the State Defendants' reply brief in support of their motion to dismiss.

4.This request for an enlargement of time is made to allow sufficient time for State Defendants' to review the reply brief and provide comment to their counsel.

5.This is State Defendants first request for an extension of time.

6.There is no trial date scheduled in this case.

7.A form of order is attached to this motion that will grant the State Defendants a three (3) business day extension from February 23, 2007, until on or before February 28, 2007, in which to file State Defendants' reply brief.

WHEREFORE, the State Defendants respectfully request that this Honorable Court grant their Motion and enter an Order, substantially in the form attached

- 3 -

hereto, enlarging State Defendants' time to file their reply brief in support of their Motion to Dismiss until on or before February 28, 2007.

                 **STATE OF DELAWARE**
                 **DEPARTMENT OF JUSTICE**

                 /s/ Linda Carmichael
                 Linda Carmichael, ID#3570
                 Deputy Attorney General
                 Department of Justice
                 820 North French Street, 6th Floor
                 Wilmington, Delaware 19801
                 (302)577-8400
                 Attorney for State Defendants

Dated: February 23, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-711-SLR |
| v. ) | |
| ) | |
| THOMAS E. GAY ESQUIRE, WIFE ) | |
| THALIA J. GAY, THE HONORABLE ) | |
| JANE M. BRADY (ATTORNEY ) | |
| GENERAL/SUPERIOR COURT ) | |
| JUDGE), KRISTEN S. GIBBONS, ) | |
| ESQUIRE (COURT APPOINTED ) | |
| SPECIAL ADVOCATE ATTORNEY ) | |
| AD LITEM), DELAWARE STATE ) | |
| POLICE, SEAFORD POLICE, ) | |
| JOHN BRADY, ESQUIRE, DELAWARE ) | |
| FAMILY COURT, THE STATE OF ) | |
| DELAWARE, THE FIRM OF STUMPF, ) | |
| VICKERS & SANDY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon the State Defendants' Motion For Enlargement of Time and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Defendants have until on or before February 28, 2007 in which to file a dispositive motion.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THOMAS E. GAY ESQUIRE, WIFE )<br>THALIA J. GAY, THE HONORABLE )<br>JANE M. BRADY (ATTORNEY )<br>GENERAL/SUPERIOR COURT )<br>JUDGE), KRISTEN S. GIBBONS, )<br>ESQUIRE (COURT APPOINTED )<br>SPECIAL ADVOCATE ATTORNEY )<br>AD LITEM), DELAWARE STATE )<br>POLICE, SEAFORD POLICE, )<br>JOHN BRADY, ESQUIRE, DELAWARE )<br>FAMILY COURT, THE STATE OF )<br>DELAWARE, THE FIRM OF STUMPF, )<br>VICKERS & SANDY, )<br>)<br>Defendants. ) | Civil Action No. 06-711-SLR |

## **CERTIFICATION OF COUNSEL**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District of Delaware, that:

1. The Plaintiff is appearing *pro se*.

2. The Plaintiff has not been able to be reached via telephone. State Defendants' counsel left Plaintiff a voice mail message requesting a three (3) day extension of time in which to file State Defendants' reply brief in support of their motion to dismiss.

- 6 -

3. The undersigned counsel assumes that the Motion is opposed.

          **STATE OF DELAWARE**
          **DEPARTMENT OF JUSTICE**
          /s/ Linda Carmichael
          Linda Carmichael, ID#3570
          Deputy Attorney General
          Department of Justice
          820 North French Street, 6th Floor
          Wilmington, Delaware 19801
          (302)577-8400

Dated: February 23, 2007          Attorney for State Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2007, I electronically filed State Defendants' Motion for Enlargement of Time with the Clerk of the Court using CM/ECF. In addition, I caused the attached to be e-filed or mailed via first class mail to the following individuals:

| | |
|---|---|
| David J. Buchanan<br>34806 Hudson Road<br>Laurel, DE 19947<br>Via first class mail | Joseph Scott Shannon, Esquire<br>Marshall Dennehey Warner<br>   Coleman & Goggin<br>1220 N. Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>Via e-file |
| James J. Rodgers, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>Via first class mail | Martin J. Weis, Esquire<br>Dilworth Paxson<br>One Customs House, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899-1031<br>Via e-file |
| John A. Elzufon, Esquire<br>Jennifer L. Story, Esquire<br>Elzufon, Austin, Reardon<br>   Tarlov & Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899-1630<br>Via e-file | John F. Brady, Esquire<br>Brady, Richardson, Beauregard &<br>   Chasanov, LLC<br>10 E. Pine Street<br>P.O. Box 742<br>Georgetown, DE 19947<br>Via first class mail |

By: /s/ Linda M. Carmichael
Linda M. Carmichael I.D. #3570
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
linda.carmichael@state.de.us
Attorney for the Delaware Supreme Court, the Family Court, M. Jane Brady, as Superior Court Judge, M. Jane Brady as Attorney General and the Delaware State Police