

David J. Buchanan
34806 Hudson Rd.
Laurel, DE 19956

February 13, 2007

Chief Judge Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

RE:   Buchanan v. Gay, et all.
      No. 06-cv-711- SLR

Your Honor:

It has come to my attention that several of the Defendants have not been following Court rules pertaining to service when addressing the Court, where it is my understanding that all parties must be notified if action is to be considered by the Court. I bring your attention to a letter dated February 5, 2007, attached to a motion to dismiss from Mr. Elzufon dated the same, and the Motion to Extend Time to Answer by Mr. Weis, Esquire, dated January 31, 2007, that do not display John F. Brady, Esquire, as being notified, which would explain why Mr. Brady did not properly serve all counsel with his answer. I must insist that the Clerk disallow all filings that are not properly served on all the Defendants, taking into account the requirement to timely file answer.

It has also come to my attention that the Defendants have began notifying Linda Carmichael, Esquire, prior to her copying me an entry of appearance, or filing a response to the Complaint, therefore, it is requested that the Court provide me with a date that Ms. Carmichael was considered counsel for the State Defendants.

● Page 2                                                                February 13, 2007

                                         Respectfully,

                                         [signature]

                                         David J. Buchanan
                                         34806 Hudson Road
                                         Laurel, DE 19956

Cc:    Linda Carmichael, Esquire
       Joseph Shannon, Esquire
       Martin Weis, Esquire
       James J. Rogers, Esquire
       Thomas Vecchio, Esquire
       Jennifer L. Story, Esquire
       John A. Elzufon, Esquire
       John F. Brady, Esquire

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

Chief Judge Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

