David J. Buchanan<br>
34806 Hudson Rd.<br>
Laurel, DE 19956

February 19, 2007

Chief Judge Sue L. Robinson<br>
U.S. District Court for the District of Delaware<br>
844 North King Street, Room 4209<br>
Lock Box 31<br>
Wilmington, DE 19801



RE:   Buchanan v. Gay, et all.<br>
       No. 06-cv-711- SLR

Your Honor:

    I am in receipt of Martin J. Weis, Esquire's, filing of *Motion to Dismiss Plaintiff's Petition to Award Damages*, where he fails to give service of motion to counsel Thomas Vecchio, Esquire, and James J. Rogers, Esquire. Due to such a condition, Ms. Gibbons may at a latter date request to be dismissed pursuant to Rule 12 (b)(5) for insufficiency of service of process, allowing her to avoid an adverse judgment. To avoid any such situation, and in the shadow that pleadings from the Department of Justice have been returned for the same, in lieu of a motion to strike, I am requesting that consideration of Kristen S. Gibbons' *Motion to Dismiss Plaintiff's Petition to Award Damages*, by and through Mr. Weis, be returned by the court for failure to comply with court rules of service.

Respectfully,



David J. Buchanan<br>
34806 Hudson Road<br>
Laurel, DE 19956

Cc:   Linda Carmichael, Esquire      Joseph Shannon, Esquire<br>
       Martin Weis, Esquire          John F. Brady, Esquire<br>
       James J. Rogers, Esquire<br>
       Thomas Vecchio, Esquire<br>
       Jennifer L. Story, Esquire<br>
       John A. Elzufon, Esquire

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

Chief Judge Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

