IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, : | |
| : | No.: 06-cv-00711 SLR |
| Petitioner, Pro Se, : | |
| : | |
| vs. : | |
| : | |
| THOMAS E. GAY, ESQUIRE, WIFE : | JURY TRIAL DEMANDED |
| THAILA JOAN GAY, THE HONORABLE : | |
| JANE M. BRADY (ATTORNEY : | |
| GENERAL/SUPEROR COURT JUDGE), : | |
| KRISTEN S. GIBBONS, ESQUIRE, : | |
| (COURT APPOINTED SPECIAL : | |
| ADVOCATE ATTORNEY : | |
| AD LITEM), DELAWARE STATE : | |
| POLICE, GEORGETOWN POLICE, : | |
| SEAFORD POLICE, JOHN BRADY, : | |
| ESQUIRE, DELAWARE FAMILIY COURT: | |
| THE STATE OF DELAWARE : | |
| THE FIRM OF STUMPF, VICKERS & : | |
| SANDY, JOHN F. BRADY, : | |
| ESQUIRE, et al. : | |
| : | |
| Respondents. : | |

**THALIA J. GAY'S REPLY IN SUPPORT OF HER MOTION FOR DISMISSAL**

COMES NOW Thaila J. Gay, by and through Counsel, and in support of her Motion for Dismissal, hereby states that she relies in large part on her *Motion* and *Opening Brief in Support of Motion to Dismiss* and will not repeat the arguments already before the Court. In addition, Thaila Gay respectfully adds the following:

In paragraph 3 of his Answer Opposing Ms. Gay's Motion for Dismissal, Mr. Buchanan has misinterpreted the law as to res judicata which is properly stated in Argument II to defendant Thaila Gay's *Brief in Support of Motion to Dismiss*.

In addition, paragraph 2 of Mr. Buchanan's Answering Brief cites to Fed. R. App. P. 27 for the proposition that a "separate brief supporting or responding to a motion must

not be filed." However this rule is not relevant to Thaila Gay's Motion. Indeed, D. Del. LR 7.1.2 by its wording contemplates that briefs will accompany motions.

In paragraph 3 of his answer, Mr. Buchanan cites to *Lance v. Dennis*, 546 U.S. 459, 126 S. Ct. 1198 (2006), in which the court explains the Rooker-Feldman doctrine. The Supreme Court explained that Rooker-Feldman is a narrow doctrine confined to cases brought by unsuccessful state-court litigants seeking review by a district court. *Id.* at 1201 citing *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S.280, 125 S.Ct. 1517 (2005). In fact, the Rooker-Feldman doctrine supports Thaila Gay's case because it prohibits the lower federal courts from exercising appellate jurisdiction over final state court judgments where, as here, the following three requirements are met:

> (1)the party against whom the doctrine is invoked must have actually been a party to the prior state-court judgment or have been in privity with such a party; (2) the claim raised in the federal suit must have been actually raised or inextricably intertwined with the state-court judgment; and (3)the federal claim must not be parallel to the state-court claim.

*Lance*, 546 U.S. at 1200.

As is clear from Thaila Gay's opening brief, argument section II on the issue of res judicata, all of the elements of the Rooker-Feldman doctrine are satisfied which is why the doctrine works against the plaintiff, David Buchanan and in favor of Thaila Gay.

Finally, claims against Thomas E. Gay, Esquire are irrelevant to Thaila J. Gay's Motion to Dismiss as they are based on different causes of action, not his duty as a medical professional.

[SIGNATURE ON NEXT PAGE]

WHEREFORE, the reasons stated, Thaila J. Gay requests this Honorable Court for an Order dismissing Plaintiff's Petition with prejudice, and award fees and costs in defending this action.

                          ELZUFON, AUSTIN, REARDON
                          TARLOV & MONDELL, P.A.

                          JOHN A. ELZUFON, ESQUIRE - I.D. #177

                          JENNIFER L. STORY, ESQUIRE – I.D. 4918
                          300 Delaware Avenue, Suite 1700
                          P.O. Box 1630
                          Wilmington, DE 19899-1630
                          (302) 428-3181
                          Attorneys for Defendant/Thaila Joan Gay

Dated: March 7, 2007

G:\Docs\CLIENT\1097\16652\motions\00385741.DOC

## CERTIFICATE OF SERVICE

STATE OF DELAWARE      :
                       :  SS:
NEW CASTLE COUNTY      :

      I, John A. Elzufon, Esquire hereby certify that on this 7th day of March, 2007, a copy of THAILA JOAN GAY'S REPLY BRIEF IN SUPPORT OF HER MOTION FOR DISMISSAL was served on this date via Lexis Nexis File and Serve the following individual(s) of record:

*Via First Class Mail*

David J. Buchanan
34806 Hudson Road
Laurel, DE 19947

Linda Carmichael, Esquire
Department of Justice
Carvel State Office Bldg., 6th Fl.
820 N. French St.
Wilmington, DE 19801

Joseph Scott Shannon, Esquire
Marshall Dennehey Warner
   Coleman & Goggin
1220 N. Market St., 5th Fl.
P. O. Box 8888
Wilmington, DE 19899-8888

Martin J. Weis, Esquire
Dilworth Paxson
One Customs House, Suite 500
P. O. Box 1031
Wilmington, DE 19899-1031

James J. Rodgers, Esquire
Dilworth Paxson
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

John F. Brady, Esq.
10 E. Pine Street
Georgetown, DE 19947

                                /s/ John A. Elzufon
                             John A. Elzufon (#177)