IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DAVID J. BUCHANAN, | Civ. No   06-711-SLR. |
| Plaintiff, Pro Se | |
| v. | |
| THOMAS E. GAY, THALIA J. GAY, HONORABLE JANE M. BRADY, KRISTEN S. GIBBONS, DELAWARE STATE POLICE, GEORGETOWN POLICE, SEAFORD POLICE, JOHN BRADY, THE STATE OF DELAWARE, DELAWARE FAMILY COURT OF THE STATE OF DELAWARE, AND THE FIRM OF STUMF, VICKERS, AND SANDY, et al. | FILED MAR -6 2007 |
| Defendants. | |

## MOTION TO COMPEL DISCOVERY

COMES NOW, the Plaintiff with a *Motion to Compel Discovery*, and in support for the following reasons:

1. A Request for Discovery, dated January 22, 2007, was sent to the Clerk of the Family Court on January 23, 2007, by first class mail. Attached to this motion.

2. Linda Carmichael, Esquire, was later assigned as counsel for State Defendants, and appears to have entered an appearance with the Court when filing a late Motion to Dismiss on February 6, 2007, and then refiled such motion on February 7, 2007, to comply with Court Rules.

3. Request for Discovery, dated January 22, 2007, pursuant to Rule 26, requests

1

2

documents and information in support of the *Complaint*, responsive pleadings, and a criminal defense in the District of Columbia, that is only available to the Plaintiff if surrendered by the State Defendants, should be available as free information in support of Constitutional rights, does not contain privileged information or trade secrete, does not submit the State Defendants to unreasonable cost or travel, and if denied goes to prejudice the Plaintiff's claims and right to due process of law.

**WHEREFORE,** The above captioned Plaintiff, David J. Buchanan, hereby requests the Court consider the willful intent of counsel to thwart access to discovery, including transcripts of other court proceedings that identify unconstitutional conduct by those courts and associated counsel, adding cost to litigation, where that discovery will be used in other Courts to defend matters including criminal, spawned from Family Court Orders, Actions, and Opinions, then in the interest of the Court's sense of fair play, issue an order compelling the State Defendants provide discovery.

Dated: March 5, 2007

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | ) </br> ) </br> ) Civ. No    06-711-SLR. </br> ) |
| Plaintiff, Pro Se | ) </br> ) </br> ) |
| v. | ) </br> ) |
| THOMAS E. GAY, Esquire, et al. | ) </br> ) |
| Defendants. | ) |

## ORDER

IT IS ORDERED, on this ____ day of ____, 2007, upon consideration of Plaintiff's *Motion to Compel Discovery*, and that such discovery can go to defend Plaintiff in criminal matter brought before other Courts, that all discovery must be provided as requested.

_____<br>
The Honorable Sue L. Robinson<br>
United States District Court Judge

3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY,** That I mailed on the 5th day of March, 2007, a true and correct copy of the foregoing, MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO KRISTEN S. GIBBONS' MOTION TO DISMISS, MOTION TO COMPEL DISCOVERY, proposed orders, and letter to the Honorable Judge Sue L. Robinson, via United States Mail, postage pre-paid to the following persons:

TO:
Martin J. Weis, Esquire
P.O. Box 1031
Wilmington, DE 19801
(Attorney for Ms. Gibbons)

Joseph S. Shannon
P.O. Box 8888
Wilmington, DE 19899
(Attorneys Mr. Gay)

John A. Elzufon, Esquire, and
Jennifer L. Story, Esquire
300 Delaware Ave., Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(Attorneys for Ms. Gay)

Thomas Vecchio, Esquire, and
James J. Rodgers, Esquire, at
Dilworth Paxson, LLP
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
(Attorneys for Ms. Gibbons)

Linda Carmichael, Esquire
Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801

John F. Brady, Esquire
10 E. Pine Street
Georgetown, DE 19947

David J. Buchanan, Plaintiff
34806 Hudson Road
Laurel, DE 19956
302 875-1362