David J. Buchanan
34806 Hudson Rd.
Laurel, DE 19956

March 12, 2007



FILED
MAR 16 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE
BO scamp

Anne M. Aamland
CNA Insurance Company
11 Cornwall Road
Marmoth Junction, NJ 08852

RE:  Buchanan v. Gay, et all.
     No. 06-cv-711- SLR
     CNA Claim No. LE 105051 MF

Dear Ms. Aamland:

   With the assistance of Scott Shannon, Esquire, you have been identified as the Claims Agent for matters pertaining to Thomas E. Gay, Esquire. It is my understanding that CNA provides Liability Insurance to Thomas E. Gay, Esquire, and his firm, in addition to Liability Insurance to Thaila J. Gay, as a Nurse for Beebe Hospital, also liable in these matters.
   Where the Gay's have recently re-deeded their properties in Sussex County Delaware, and have entered into litigation of Divorce between Mr. and Mrs. Gay, to limit their risk of personal liability, where the re-deeding does not reflect the Divorce action, and that there is an interest in the Gay's for both State and Federal Tax evasion, as a result of filings in this case file, I am requesting that CNA issue an affidavit stating the limits of liability pertaining to both case files of Delaware Superior Court Case No. 06C-01-002 MMJ, and U.S. District Court Case No. 06-711 SLR, as well as a statement of claim reflecting the calculation of deductibles pertaining to each claim, be forwarded to me at the above address.
   The deed history of the Gay's Real Estate shows that another member of the firm of Stumpf, Vickers, and Sandy, P.A. participated in filing of documents with the Sussex County Recorder of Deeds (also subject to this litigation), characteristic to an attempt to avoid income taxes, property, and transfer a taxes on associated property, property that the Gay's occupied and improved for over 10 years without an occupancy permit, and as a result benefited by not having proper property taxes assessed against such property, where the Gay's have been paying property taxes on their water front beach residence with boat dock, valued at over $750,000, at a rate for an undeveloped parcel valued at $60,000, allegedly purchased from a client of John Brady's law firm (recorder of deeds, Sussex, County). Such legal activity of the Gay's generates suspect that the Gay's anticipate an unfavorable outcome to this litigation, and have began to structure their assets to be protected under Bankruptcy laws by selling off any real estate that they do not occupy, where the occupancy of a residence is required to be afforded personal exemption to avoid claim. In the event of the Gay's filing for Bankruptcy, this letter will be used to show intent to avoid claim, and to identify a fraud by your clients that can be recognized as furthered by CNA if affidavits are not issued.

● Page 2                                                                  March 12, 2007

    If the Gay's are found to be avoiding State and Federal Taxes as a result of this litigation, CNA could be required to pay for such errors, if not disclosed in this litigation.

Respectfully,

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

Cc:  Linda Carmichael, Esquire           Joseph Shannon, Esquire
     Martin Weis, Esquire                John F. Brady, Esquire
     James J. Rogers, Esquire            U.S. District Court File
     Thomas Vecchio, Esquire             John Brady, Esquire, Sussex Co.
     Jennifer L. Story, Esquire
     John A. Elzufon, Esquire

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956



U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801