IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-711 SLR |
| ) | |
| THOMAS E. GAY, ESQUIRE, WIFE ) | |
| THALIA J. GAY, THE HONORABLE ) | |
| JANE M. BRADY (ATTORNEY ) | |
| GENERAL/SUPERIOR COURT ) | |
| JUDGE), KRISTEN S. GIBBONS, ) | |
| EQUIRE, (COURT APPOINTED ) | |
| SPECIAL ADVOCATE ATTORNEY ) | |
| AD LITEM), DELAWARE STATE ) | |
| POLICE, SEAFORD POICE, ) | |
| JOHN BRADY, ESQUIRE, DELAWARE ) | |
| FAMILY COURT, THE STATE OF ) | |
| DELAWARE, THE FIRM OF STUMPF, ) | |
| VICKERS & SANDY, ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' ANSWER TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

COME NOW the Supreme Court, the Family Court, Superior Court Judge M. Jane Brady, Former Attorney General M. Jane Brady and the Delaware State Police (collectively the "State Defendants") by and through Linda M. Carmichael, Deputy Attorney General, and hereby answers David J. Buchanan's Motion to Compel Discovery, as follows:

1.  Plaintiff claims that he filed a "Request for Discovery" with the Clerk of Family Court in Sussex County. To date, the docket does not reflect that the Plaintiff filed his "Request for Discovery" or a Notice of Service of Discovery with the District

Court for the State of Delaware.  State Defendants did not receive service of the "Request for Discovery."

  2. The undersigned counsel is counsel for the State Defendants and has entered her appearance in the instant matter.

  3. The filing of Plaintiff's "Request for Discovery" is not proper.  Federal Rules of Civil Procedure 26(d) states that "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."  F.R.C.P. 26(d).  It is well settled that the court may set the timing and sequence of discovery.  *Crawford-El v. Britton*, 523 U.S. 574, 599 (1998).  Further, the Supreme Court has noted that a "'firm application of the Federal Rules of Civil Procedure' is fully warranted" and may lead to the prompt disposition of cases with insubstantial claims.  *Harlow v. Fitzgerald*, 457 U.S. 800, 819-820 n.35 (*quoting Butz v. Economou*, 438 U.S. 478, 508 (1978)).

  4. There has been no meet and confer between the parties in the instant action as required by Federal Rule of Civil Procedure 26(f).

  5. Presently, all defendants in this action have filed motions to dismiss.  (D.I. No. 13 – Motion to Dismiss filed by Thomas E. Gay, Esquire and Stumpf Vickers & Sandy; D.I. No. 21 – Motion to Dismiss filed by Thalia J. Gay; D.I. No. 29 – Motion to Dismiss filed by the State Defendants; and D.I. No. 39 – Motion to Dismiss filed by Kristen S. Gibbons).  Additionally, the docket shows a Motion to Stay Discovery is pending before the Court.  (D.I. No. 15).

  6. Plaintiff's Motion to Compel Discovery fails as he has not complied with the Federal Rule of Civil Procedure 26(d) nor has he complied with Delaware Local Rule 5.4(a) which requires pro se litigants to file requests for discovery with the court.

7.     State Defendants cannot be compelled to respond to Plaintiff's discovery requests that do not conform to the Federal Rules of Civil Procedure.

8.     Additionally, State Defendants believe that their Motion to Dismiss is meritorious and case-dispositive. Until this Honorable Court rules on the State Defendants' Motion to Dismiss, discovery will not help the parties determine or narrow the issues in a meaningful way. Due to the dispositive nature of the State Defendants' motion, conducting discovery at this point in the litigation will likely involve unnecessary expense and waste of time and resources.

9.     The purpose of the Rule 12 motion is to promote judicial economy by testing the legal sufficiency of a claim prior to a Defendant formally answering. Plaintiff unreasonably seeks that State Defendants engage in discovery before the Court has determined his claims have merit and before State Defendants have even answered the complaint.

WHEREFORE, State Defendants request this Honorable Court for an Order denying Plaintiff's Motion to Compel.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE
 /s/ Linda M. Carmichael
Linda M. Carmichael I.D. #3570
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Flr.
Wilmington, DE 19801
(302) 577-8400
linda.carmichael@state.de.us
Attorney for the Delaware Supreme Court, the Family Court, M. Jane Brady, as Superior Court Judge, M. Jane Brady as Attorney General and the Delaware State Police

Dated:  March 21, 2007

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 06-711 SLR |
| | ) |
| THOMAS E. GAY, ESQUIRE, WIFE THALIA J. GAY, THE HONORABLE JANE M. BRADY (ATTORNEY GENERAL/SUPERIOR COURT JUDGE), KRISTEN S. GIBBONS, EQUIRE, (COURT APPOINTED SPECIAL ADVOCATE ATTORNEY AD LITEM), DELAWARE STATE POLICE, SEAFORD POICE, JOHN BRADY, ESQUIRE, DELAWARE FAMILY COURT, THE STATE OF DELAWARE, THE FIRM OF STUMPF, VICKERS & SANDY, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER ON PLAINTIFF'S MOTION TO COMPEL**

AND NOW, the Court, having heard and considered Mr. Buchanan's Motion to Compel and the responses thereto, does hereby FIND and ORDER:

The Motion is DENIED.

_____
The Honorable Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-711 SLR |
| | ) |
| THOMAS E. GAY, ESQUIRE, WIFE | ) |
| THALIA J. GAY, THE HONORABLE | ) |
| JANE M. BRADY (ATTORNEY | ) |
| GENERAL/SUPERIOR COURT | ) |
| JUDGE), KRISTEN S. GIBBONS, | ) |
| EQUIRE, (COURT APPOINTED | ) |
| SPECIAL ADVOCATE ATTORNEY | ) |
| AD LITEM), DELAWARE STATE | ) |
| POLICE, SEAFORD POLICE, | ) |
| JOHN BRADY, ESQUIRE, DELAWARE | ) |
| FAMILY COURT, THE STATE OF | ) |
| DELAWARE, THE FIRM OF STUMPF, | ) |
| VICKERS & SANDY, JOHN F. BRADY, | ) |
| ESQUIRE, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2007, I electronically filed State Defendants' Answer to Plaintiff's Motion to Compel with the Clerk of the Court using CM/ECF.  In addition, I caused the attached to be e-filed or mailed via first class mail to the following individuals:

David J. Buchanan
34806 Hudson Road
Laurel, DE 19947
Via first class mail

Joseph Scott Shannon, Esquire
Marshall Dennehey Warner
    Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Via e-file

| | |
|---|---|
| James J. Rodgers, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>Via first class mail | Martin J. Weis, Esquire<br>Dilworth Paxson<br>One Customs House, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899-1031<br>Via e-file |
| John A. Elzufon, Esquire<br>Jennifer L. Story, Esquire<br>Elzufon, Austin, Reardon<br>   Tarlov & Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899-1630<br>Via e-file | John Francis Brady<br>Brady, Richardson, Beauregard &<br>Chasanov, LLC<br>10 E. Pine Street<br>P.O. Box 742<br>Georgetown, DE 19947<br>Via first class mail |

By: /s/ Linda M. Carmichael
Linda M. Carmichael I.D. #3570
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Flr.
Wilmington, DE 19801
(302) 577-8400
linda.carmichael@state.de.us
Attorney for the Delaware Supreme Court, the Family Court, M. Jane Brady, as Superior Court Judge, M. Jane Brady as Attorney General and the Delaware State Police