IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

|  |  |  |  |
|---|---|---|---|
| DAVID J. BUCHANAN, | ) ) ) | Civ. No. | 06-711-SLR |
| v. | ) ) ) |  |  |
| THOMAS E. GAY, ESQUIRE, AND STATE OF DELAWARE, ET AL. | ) ) ) |  |  |

**FILED**
MAR 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO SHOW CAUSE CONTEMPT

COMES NOW, David J. Buchanan with a *Motion to Show Cause Contempt*, pursuant to 28a U.S.C Rule 86.2, as well as Rule 37, and for the following reasons, request relief from the U.S. District Court District of Delaware.

1. Counsel for State Defendants, Linda M. Carmichael, Deputy Attorney General, has filed *State Defendants' Answer to Plaintiff's Motion to Compel Discovery* as a refusal to provide discovery requested by Plaintiff, that would otherwise be available to the Plaintiff as *Required Disclosures* pursuant to Federal Rule of Civil Procedure 26(a), and where a party must, without awaiting a discovery request, provide copies of all documents that may be used in a defense, the State Defendants are in contempt of Federal Rule of Civil Procedure 26(a), by and through misconduct of Counsel.

2. Linda M. Carmichael, Esquire, has failed to give adequate excuse to not provide *Required Disclosures*, known in part to be Transcripts of Family Court hearings for dates of November 29, 2004, and November 30, 2004, that were requested by CASA attorney Kristen S. Gibbons, Esquire, on January 6, 2005, all fees waved.

3. David J. Buchanan is attempting to avail himself of a remedy provided by law, which is dependant on State Defendants' performance, pursuant to Federal Rule of Civil

1

Procedure 26(a).

4. Discovery Request served in accordance with rules of the court, is not subject to quash without adequate excuse, and where the person for which the Discovery Request is served upon is Clerk of the Family Court, (prior to any entry of appearance by Linda M. Carmichael, Esquire) requests the performance of her duties as Clerk of that Court, any refusal to provide such Discovery by State Defendants' counsel impairs on Plaintiff's right to performance of Family Court Clerk's duties, in this action as well as other action before State Courts, goes to show further conspiracy by State Defendants' to impair the rights of the Plaintiff.

5. State Defendants' refusal <u>without cause</u> to provide *Required Disclosures* known to include Transcripts of Family Court hearings, further impairs Plaintiff right to procedural due process in all State Court action, and action in Federal Court Civ. No. 07-cv-34-SLR, and 06-711-SLR., where content of Family Court transcripts remains core to all subsequent litigation.

**WHEREFORE,** The above captioned Plaintiff, David J. Buchanan, hereby requests the Court consider the foregoing *Motion to Show Cause Contempt*, the unwillingness of Linda M. Carmichael's party to provide discovery, and the continued underlying actions by the Family Court to violate the Plaintiff rights to property, and family, bringing the above captioned case to the U.S. District Court, and Order Linda M. Carmichael in CONTEMPT.

Dated: March 25, 2007

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

2

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DAVID J. BUCHANAN, | Civ. No.   06-711-SLR |
| v. | |
| THOMAS E. GAY, ESQUIRE, AND STATE OF DELAWARE, ET AL. | |

### ORDER

IT IS ORDERED, on this ___ day of _____, 2007, upon consideration of Plaintiff's *Motion to Show Cause Contempt*, and that Linda M. Carmichael, Esquire, openly refuses to provide discovery in the form of *Required Disclosures*, as noted in *State Defendants' Answer to Plaintiff's Motion to Compel Discovery*. It is Ordered that Linda M. Carmichael, Esquire be held in Contempt of Court for failure to provide *Required Disclosures*, pursuant to Rule 26(a), and requested discovery, and be censured by denying any and all of State Defendants' Motions to Dismiss pursuant to rule 12, and allow discovery for all defendants.

> The Honorable Sue L. Robinson
> United States District Court Judge

3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY,** That I mailed on the 26th day of March, 2007, a true and correct copy of the foregoing, *Motion to Show Cause Contempt,* and proposed *Order* via United States Mail, postage pre-paid to the following persons:

TO:  Martin J. Weis, Esquire.
P.O. Box 1031
Wilmington, DE 19801
(Attorney for Ms. Gibbons)

John A. Elzufon, Esquire, and
Jennifer L. Story, Esquire
300 Delaware Ave., Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(Attorneys for Ms. Gay)

Linda Carmichael, Esquire
Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801

James B. Tyler, III, Esquire
211E. Market Street
Georgetown, DE 19947

Joseph S. Shannon, Esq.
P.O. Box 8888
Wilmington, DE 19899
(Attorneys Mr. Gay)

Thomas Vecchio, Esquire, and
James J. Rodgers, Esquire, at
Dilworth Paxson, LLP
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
(Attorneys for Ms. Gibbons)

John F. Brady, Esquire
10 E. Pine Street
Georgetown, DE 19947

David J. Buchanan,
34806 Hudson Road
Laurel, DE 19956
302 875 -1362

4

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | : | |
| Petitioner-Below, Appellant, | : | No. 558, 2004 |
| v. | : | |
| BARBARA H. BUCHANAN, | : | Court Below: Sussex County Family Court, File No. CS94-3107 |
| Respondent-Below, Appellee, | : | |
| OFFICE OF THE COURT APPOINTED SPECIAL ADVOCATE, | : | |
| Appellee. | : | |

TO: Clerk of Court
    Sussex County Family Court
    22 The Circle
    Georgetown, DE 19947

**DIRECTIONS TO COURT REPORTER OF PROCEEDINGS BELOW
TO BE TRANSCRIBED PURSUANT TO RULE 9(e)**

The Court Appointed Special Advocate (CASA) does hereby direct that the entire proceedings in the case of David J. Buchanan v. Barbara H. Buchanan, File No. CS94-3107, in the Family Court of the State of Delaware in and for Sussex County, occurring on November 29, 2004 and November 30, 2004 be transcribed.

I hereby certify that the transcription of the proceedings is essential to the defense of this appeal and that the costs thereof are waived by the Family Court for the Court Appointed Special Advocate.

Date: Jan. 6, 2005            By: *Kristin S. Gibbons*
                                  Kristin S. Gibbons, Esq.
                                  P.O. Box 873
                                  Georgetown, DE 19947
                                  (302)351-8267
                                  Attorney for CASA

"Attachment"



Peter T. Dalleo, Clerk of the Court
844 King Street
U.S. Courthouse
Wilmington, DE 19801

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956