IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-711 SLR |
| | ) |
| THOMAS E. GAY, ESQUIRE, WIFE | ) |
| THALIA J. GAY, THE HONORABLE | ) |
| JANE M. BRADY (ATTORNEY | ) |
| GENERAL/SUPERIOR COURT | ) |
| JUDGE), KRISTEN S. GIBBONS, | ) |
| EQUIRE, (COURT APPOINTED | ) |
| SPECIAL ADVOCATE ATTORNEY | ) |
| AD LITEM), DELAWARE STATE | ) |
| POLICE, SEAFORD POLICE, | ) |
| JOHN BRADY, ESQUIRE, DELAWARE | ) |
| FAMILY COURT, THE STATE OF | ) |
| DELAWARE, THE FIRM OF STUMPF, | ) |
| VICKERS & SANDY, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT STATE OF DELAWARE FAMILY COURT'S**
**RESPONSE TO PLAINTIFF'S MOTION TO SHOW CAUSE CONTEMPT**

COMES NOW State of Delaware Family Court (hereinafter "Defendant") by and through counsel, Linda M. Carmichael, Deputy Attorney General, and hereby answers Plaintiff David J. Buchanan's Motion to Show Cause Contempt ("Motion"), as follows:

1.  On March 6, 2007, Plaintiff filed a Motion to Compel Discovery seeking the production of transcripts of proceedings before the Family Court. (D.I. No. 49).

2.  State Defendants filed a timely response on March 21, 2007, to Plaintiff's Motion to Compel Discovery setting forth various bases on which Plaintiff's Motion to Compel should be denied. (D.I. No. 52).

3. Pursuant to District Court Local Rule 7.1.2, the time for Plaintiff to file a reply to State Defendant's response is 5 days after the filing and service of the response. Plaintiff did not file a reply.

4. Instead, Plaintiff on March 28, 2007, filed this Motion seeking contempt pursuant to Federal Rule of Civil Procedure 37 against Defendant for failure to produce transcripts of proceedings before the Family Court. "Generally, [Rule 37] requires the issuance of an order to compel and only after failure to comply with that order should a penalty be imposed." *McMullen v. Bayship Management*, 335 F.3d 215, 217 (3d Cir. 2003) (citations omitted).

5. Family Court Civil Rule 90.3 states that:

> (a) *Upon payment of the required fee*, a party to any proceeding in this Court, or the party's authorized attorney, shall be entitled to a transcript of such proceeding unless the tapes have theretofore been erased in accordance with the Court's archiving or retention policy. The party must in all cases furnish a copy of the transcript to the Court.
> (b) Any party to any proceeding, or the party's authorized attorney may listen to, but not copy, any tape-recorded hearing of that proceeding on the premises of Family Court at such times and under such conditions as the Court may from time to time determine.

(emphasis added).

6. Further, Family Court Civil Rule 112 states:

> Rule 112. Proceedings *in forma pauperis*.
>
> Upon application of the party claiming to be indigent, the Court may authorize the commencement, prosecution or defense of any civil appeal without payment of fees and/or deposit for costs or security therefor, by a person who makes affidavit of inability to pay such costs or give security therefore. Such affidavit shall state the nature of the action or defense and affiant's belief that the affiant is entitled to redress, and shall state sufficient facts from which the Court can make an objective determination of the petitioner's alleged indigency. The Court may in its discretion conduct a hearing on the question of indigency.

Plaintiff, in November 2004, filed a request with the Family Court for transcripts. His request to proceed *in forma pauperis* was denied on January 28, 2005. The Family Court notified Plaintiff that he could obtain copies of his transcript at $1.00 per page, a reduced rate from the cost of transcription. (See Ex. 1)

       7.      Plaintiff also sought to proceed in the instant action *in forma pauperis* which was denied on December 8, 2006. (D.I. No. 6).

       8.      Plaintiff states in his Motion that the non-production of Family Court transcripts impairs his "right to procedural due process" in his State court actions, his Federal court actions and all subsequent litigation. Motion at ¶ 5.

       9.      The assertion that Plaintiff's procedural due process rights are being impaired is inaccurate. Copies of Plaintiff's Family Court transcripts were provided to the Supreme Court through a request filed by Kristen Gibbons, Court Appointed Special Advocate. (See Ex. 2) Moreover, there can be no <u>current</u> impairment of procedural due process for <u>subsequent</u> litigation. Lastly, Plaintiff's Motion to Compel did not conform to the Federal Rules of Civil Procedure, hence Defendant should not be held in contempt for failure to respond to an improper discovery request.

      10.     Plaintiff seeks, through this litigation, copies of his Family Court transcripts free of charge. This request was previously denied by the Family Court. Plaintiff has access to the transcripts of his Family Court proceedings and may obtain copies of his transcripts upon payment at a reduced fee. Plaintiff's procedural due process rights have not been violated.

WHEREFORE, Defendant Family Court requests this Honorable Court for an Order denying Plaintiff's Motion to Show Cause Contempt.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE
    /s/ Linda M. Carmichael
    Linda M. Carmichael I.D. #3570
    Deputy Attorney General
    Carvel State Office Building
    820 North French Street, 6th Flr.
    Wilmington, DE 19801
    (302) 577-8400
    linda.carmichael@state.de.us
    Attorney for the Delaware Family Court

Dated: April 10, 2007

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-711 SLR |
| | ) |
| THOMAS E. GAY, ESQUIRE, WIFE THALIA J. GAY, THE HONORABLE JANE M. BRADY (ATTORNEY GENERAL/SUPERIOR COURT JUDGE), KRISTEN S. GIBBONS, EQUIRE, (COURT APPOINTED SPECIAL ADVOCATE ATTORNEY AD LITEM), DELAWARE STATE POLICE, SEAFORD POICE, JOHN BRADY, ESQUIRE, DELAWARE FAMILY COURT, THE STATE OF DELAWARE, THE FIRM OF STUMPF, VICKERS & SANDY, | ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER ON PLAINTIFF'S MOTION TO COMPEL**

AND NOW, the Court, having heard and considered Mr. Buchanan's Motion to Show Cause Contempt and the response thereto, does hereby FIND and ORDER:

The Motion is DENIED.

_____
The Honorable Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-711 SLR |
| | ) |
| THOMAS E. GAY, ESQUIRE, WIFE | ) |
| THALIA J. GAY, THE HONORABLE | ) |
| JANE M. BRADY (ATTORNEY | ) |
| GENERAL/SUPERIOR COURT | ) |
| JUDGE), KRISTEN S. GIBBONS, | ) |
| EQUIRE, (COURT APPOINTED | ) |
| SPECIAL ADVOCATE ATTORNEY | ) |
| AD LITEM), DELAWARE STATE | ) |
| POLICE, SEAFORD POLICE, | ) |
| JOHN BRADY, ESQUIRE, DELAWARE | ) |
| FAMILY COURT, THE STATE OF | ) |
| DELAWARE, THE FIRM OF STUMPF, | ) |
| VICKERS & SANDY, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I electronically filed Defendant's Response to Plaintiff's Motion to Show Cause Contempt with the Clerk of the Court using CM/ECF. In addition, I caused the attached to be e-filed or mailed via first class mail to the following individuals:

David J. Buchanan  
34806 Hudson Road  
Laurel, DE 19947  
Via first class mail

Joseph Scott Shannon, Esquire  
Marshall Dennehey Warner  
   Coleman & Goggin  
1220 N. Market Street, 5th Floor  
P.O. Box 8888  
Wilmington, DE 19899-8888  
Via e-file

James J. Rodgers, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
Via first class mail

John A. Elzufon, Esquire
Jennifer L. Story, Esquire
Elzufon, Austin, Reardon
   Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Via e-file

Martin J. Weis, Esquire
Dilworth Paxson
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
Via e-file

John Francis Brady
Brady, Richardson, Beauregard &
Chasanov, LLC
10 E. Pine Street
P.O. Box 742
Georgetown, DE 19947
Via first class mail

By: /s/ Linda M. Carmichael
Linda M. Carmichael I.D. #3570
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Flr.
Wilmington, DE 19801
(302) 577-8400
linda.carmichael@state.de.us
Attorney for the Delaware Family Court