

# The Family Court of the State of Delaware

Chandlee Johnson Kuhn  
Chief Judge

22 The Circle  
Georgetown, DE 19947

March 23, 2007

David Buchanan

RE:

Dear Mr Buchanan:

I have received your request for the transcripts for November 29, 2004 and November 30, 2004. I have reviewed of my records, and you requested to Proceed in Forma Pauperis which was denied on January 28, 2005.

These transcripts are in your court file. If you would like to come to the Family Court records room to request copies you may do so. The cost will be one dollar per page.

If you have any questions or need further assistance, please do not hesitate to contact me at (302) 855-7444.

Sincerely,

Lorrie Sylvester  
Judicial Case Manager for Appeals

cc: file

Exhibit 1