IN THE SUPREME COURT OF THE STATE OF DELAWARE

DAVID J. BUCHANAN,                    :

    Petitioner-Below,             :
    Appellant,                              No. 558, 2004
                                  :

    v.                            :

BARBARA H. BUCHANAN,                  :    Cour Below:
                                       Sussex County
                                  :    Fami y Court,
                                       File No. ▮▮▮▮▮▮▮
    Respondent-Below,             :
    Appellee,

                                  :
OFFICE OF THE COURT
APPOINTED SPECIAL ADVOCATE;           :

    Appellee.                     :

TO:  Clerk of Court
    Sussex County Family Court
    22 The Circle
    Georgetown, DE 19947

**DIRECTIONS TO COURT REPORTER OF PROCEEDINGS BELOW**
**TO BE TRANSCRIBED PURSUANT TO RULE 9(e)**

    The Court Appointed Special Advocate (CASA) does
hereby direct that the entire proceedings in the case of
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮ in the Family Court of the State of Delaware in and
for Sussex County, occurring on November 29, 2004 and
November 30, 2004 be transcribed.

    I hereby certify that the transcription of the
proceedings is essential to the defense of this appeal and
that the costs thereof are waived by the Family Court for
the Court Appointed Special Advocate.

Date: Jan. 6, 2005          By: _Kristin S. Gibbons_
                                 Kristin S Gibbons, Esq.
                                 P.O. Box 373
                                 Georgetown, DE 19947
                                 (302)351-4267
                                 Attorney for CASA

*Exhibit 2*