David J. Buchanan
34806 Hudson Rd.
Laurel, DE 19956

April 9, 2007



Chief Judge Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

RE:   Buchanan v. Gay, et all.
      No. 06-cv-711- SLR

Your Honor:

    While attempting to obtain a copy of transcripts contained within the underlying Family Court record No. CS94-3107, of which were requested from the DAG, I was only given limited access to the file for which I managed to obtain page 329 of the transcript on file (attached) showing that Ms. Gibbons attorney for CASA, had an initial intention to prevent contact between my daughter and myself without cause, and that she was acting as state contracted co-counsel for Mr. Gay on matters between the parties of divorce, without cause, as claimed in the complaint.

    In addition I copied several emails between the Family Court, and James Adkins, Esquire, (attached) at the Delaware Department of Justice, dated prior to the petition in District Court, evidencing circumstances core to the complaint that would disable any motion for dismissal, and provide cause as to why the DAG is not defending Kristen Gibbons, Esquire on this suit.

    It is my intention to file an answer to Kristen Gibbon's motion, as soon as the office of the DAG provides a complete copy of the Family Court Transcript requested, where it is now evidenced that the DAG and the Family Court are impairing access to Court records needed to support the complaint in an attempt to prevail on a dismissal pursuant to Rule 12(b)(6).

    With the above stated, and where the DAG review these matters long before a petition was filed in District Court, the Court should recognize my motion for default judgment against the DAG, for failure to file a timely answer, and/or permit discovery in preparation for trial.

(signature on pg 2)

● Page 2

April 9, 2007

Respectfully,

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

Cc:   Linda Carmichael, Esquire
      Joseph Shannon, Esquire
      Martin Weis, Esquire
      James J. Rogers, Esquire
      Thomas Vecchio, Esquire
      Jennifer L. Story, Esquire
      John A. Elzufon, Esquire
      John F. Brady, Esquire

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

PLEASE PRESS FIRMLY

TRY FREE CARRIER PICK-UP
usps.com/pickup

U.S.M.S. X-RAY

From: Buchanan
3780c Hudson Rd
Laurel De 19956

To: US District Court
844 North King St. Rm 4209
Lock Box 39
Wilmington De 19801

1. COMPLETE ADDRESS AREA
Type or print return address and addressee information in designated area or on label.

2. PAYMENT METHOD
Affix postage or meter strip to area indicated in upper right hand corner.

3. ATTACH LABEL (Optional)
Remove label backing and affix in designated location.

4. Bring your Priority Mail package to a post office, present it to your letter carrier, or call 1-800-222-1811 for pick up service. Stamped mail may be deposited in a collection box ONLY if it weighs less than 16 ounces.

We Deliver.

www.usps.com

$4.05
0008595308