IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David J. Buchanan<br>        Plaintiff<br>  v.<br>Thomas E. Gay, et al.<br>        Defendants | CIVIL ACTION<br><br>NO. 06-711-SLR |

**KRISTIN S. GIBBONS' OPPOSITION TO PLAINTIFF'S REQUESTS FOR EXTENSIONS OF TIME TO RESPOND TO THE PENDING MOTION TO DISMISS**

On February 16, 2007, Kristin S. Gibbons, Esq. filed a motion to dismiss the Plaintiff's petition pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Pursuant to the Local Rules of the District of Delaware, a response to the motion was due on March 5, 2007. On March 6, 2007, Plaintiff David Buchanan filed an unopposed motion for an extension of time of thirty (30) days to file a response to the motion to dismiss, thus making his opposition due on April 5, 2007.

On April 9, 2007, Plaintiff declared that it his intention to "file an answer to [Gibbons'] motion, as soon as the office of the DAG provides a complete copy of the Family Court transcript as required." See D.I. No. 59. As demonstrated in the State of Delaware Family Court's Response to Plaintiff's Motion to Show Cause Contempt and the exhibits thereto, the Family Court transcript that Plaintiff alleges is necessary in order to respond to Ms. Gibbons' motion to dismiss has been available to him and he may obtain copies of the same upon payment of a reduced fee. See D.I. No. 54 and 57. Therefore, because Mr. Buchanan has had access to the documents he alleges are necessary to respond to the pending motion to dismiss and has never taken steps to obtain them, Ms. Gibbons

688554_1

respectfully requests that the Court rule on her pending motion to dismiss or, in the alternative, that the Court enter an order requiring Mr. Buchanan to file opposition to the motion within ten (10) days. Absent the filing of any opposition at the expiration of that time period, the Court should rule on the motions based on the pleadings then filed with the Court.

        Respectfully submitted,

BY: _____
    MARTIN J. WEIS, ESQUIRE (4333)
    Dilworth Paxson LLP
    One Customs House
    Suite 500
    704 King Street
    P.O. Box 1031
    Wilmington, Delaware 19801
    Tel: 302-571-9800
    mweis@dilworthlaw.com

    Attorney for Defendant,
DATED: April 25, 2007    Kristin S. Gibbons, Esq.

688554_1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David J. Buchanan<br><br>                          Plaintiff<br>      v.<br>Thomas E. Gay, et al.<br><br>                        Defendants | CIVIL ACTION<br><br>NO. 06-711-SLR |

### ORDER

IT IS HEREBY ORDERED that this Court will rule on Kristin S. Gibbons' motion to dismiss based on the pleadings now filed with the Court.

                                                                        _____
                                                                         Hon. Sue L. Robinson
                                                                         United States District Judge

Date: _____

688554_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David J. Buchanan<br>   Plaintiff<br>v.<br>Thomas E. Gay, et al.<br>   Defendants | CIVIL ACTION<br><br>NO. 06-711-SLR |

**ORDER**

IT IS HEREBY ORDERED that Plaintiff David J. Buchanan shall file his opposition to Defendant Kristin S. Gibbons' Motion to Dismiss within ten (10) days of the entry of this order. Absent the filing of any opposition within ten (10) days, this Court will rule on the pending motion based on the pleadings then filed with the Court.

_____
Hon. Sue L. Robinson
United States District Judge

Date: _____

688554_1

**CERTIFICATE OF SERVICE**

I, Martin J. Weis, do hereby certify that I have, this 25th day of April, 2007, served a copy of the foregoing Opposition to Plaintiff's Requests for Extensions of Time to Respond to Ms. Gibbons' Pending Motion to Dismiss by filing it via the Court's electronic case filing system and sending it via United States mail, postage prepaid, to:

John A. Elzufon, Esquire
Jeffrey M. Austin, Esquire
Jennifer L. Story, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Ave., Suite 1700
P.O. Box 1630
Wilmington, DE 19899
*Attorneys for Thalia J. Gay*

Joseph S. Shannon, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
*Attorney for Thomas E. Gay, Esquire and The Law Firm of Stumpf, Vickers & Sandy*

John Francis Brady, Esquire
Brady, Richardson, Beauregard & Chasnov, LLC
10 E. Pine Street
P.O. Box 742
Georgetown, DE 19947

Linda Carmichael, Esquire
State of Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801
*Attorney for the Honorable M. Jane Brady, the Delaware State Police and the Delaware Family Court of the State of Delaware*

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956
*Pro Se Plaintiff*

_____
Martin J. Weis, Esq. (4333)

688554_1