DAVID    BUCHANAN
34806   HUDSON   RD.
LAUREL,  DE  19956

May 1, 2007

Clerk of the U.S. District Court
District of Delaware
844 King Street
U.S. Courthouse
Wilmington, DE 19801



Ref:
    U.S. District Court Case No. 06-711-SLR

Dear Clerk;

    Enclosed is a copy of an Answer Opposing Kristen S. Gibbons' Motion to Dismiss, with Order to be presented and filed in the captioned case file. I have enclosed an extra copy without attachments to be time stamped by the Court, and returned to me via first class mail. Thank you.

Sincerely,

David J. Buchanan

cc: Linda Carmichael, Esquire
    Joseph S. Shannon, Esquire
    John A. Elzufon, Esquire
    John F. Brady, Esquire
    Thomas Vecchio, Esquire