IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-711-SLR |
| | ) | |
| THOMAS E. GAY; THAILA J. GAY; | ) | |
| THE HONORABLE M. JANE BRADY; | ) | |
| KRISTEN S. GIBBONS; DELAWARE | ) | |
| STATE POLICE; GEORGETOWN POLICE; | ) | |
| SEAFORD POLICE; JOHN BRADY; | ) | |
| DELAWARE FAMILY COURT OF THE STATE | ) | |
| OF DELAWARE; THE STATE OF DELAWARE; | ) | |
| and THE LAW FIRM OF STUMPF VICKERS | ) | |
| & SANDY, P.A., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' THOMAS E. GAY's AND STUMPF VICKERS & SANDY, P.A.'s MOTION FOR LEAVE TO SUPPLEMENT PLEADINGS

COMES NOW Defendants Thomas E. Gay, Esquire, and the law firm of Stumpf Vickers & Sandy, P.A., (*collectively* hereinafter referred to as "SVS" unless otherwise disambiguated), by and through Counsel, Joseph Scott Shannon, Esquire, and pursuant to Fed. R. Civ. P. 15(d) request this Honorable Court for leave to supplement their pending *Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)* and state in support thereof the following, to wit:

1. Federal Rule of Civil Procedure 15(d) provides in pertinent part: "Upon motion of a party the court may . . . permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented."

2. In response to Plaintiff's *Complaint*, (D.I. # 2), on January 30, 2007, Defendants Thomas E. Gay, Esquire, and the Law Firm of Stumpf Vickers & Sandy, P.A., through Counsel, appeared and filed a *Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)*. (D.I. # 13).

3. The primary basis upon which SVS sought dismissal was under the doctrine of *res judicata* premised upon Buchanan's having filed identical claims against SVS within the Superior Court of the State of Delaware, which considered the merits of his claims and entered an Order of dismissal, with prejudice, which Buchanan appealed to the Delaware Supreme Court. (*See, i.e.*, D.I. # 13 at ¶2).

4. On May 17, 2007, the Delaware Supreme Court issued its *Order* in that appeal, captioned *David J. Buchanan v. Thomas E. Gay, Esquire*, Del. Supr., No. 562, 2006, (Exhibit A hereto), and finding upon SVS's *Motion to Affirm* that it was "manifest on the face of the opening brief that the appeal is without merit", (Exh. A at pg. 3); finding no "error of law or abuse of discretion on the part of the Supreme Court when dismissing the complaint and otherwise denying relief", (*Id.*); and Ordering that "The judgment of the Superior Court is AFFIRMED." (Exh. A at pg. 4) (emphasis as in original).

5. The Delaware Supreme Court's final disposition of Buchanan's appeal of the Delaware Superior Court lawsuit being a transaction or occurrence which happened since the *Motion for Dismissal* in this matter was filed, leave for supplementation of SVS's *Motion for Dismissal* is sought for the purpose of including Exhibit A hereto, and for SVS to make those additional arguments for dismissal which the Supreme Court's final Order will support – such as the *Rooker-Feldman* doctrine, the doctrine of preclusion, and 28 U.S.C. § 1738 –, as raised by Buchanan within his *Answer* to SVS's *Motion for Dismissal* (D.I. # 38), and addressed briefly

within SVS's *Reply in Support* of their *Motion for Dismissal* (D.I. # 42), but not fully developed at that time as the Supreme Court decision was still pending.

      6.      If the Court is content that SVS's *Motion* and *Reply* are sufficient in their coverage of the legal premises supporting dismissal, with prejudice, of Buchanan's claims in this Court, and supplementation of SVS's pleadings through inclusion of the Delaware Supreme Court *Order* attached hereto as Exhibit A is all this Court requires to further inform its review of Buchanan's claims and render a decision on the *Motion*, SVS will be content with that result.

      7.      Alternatively, should the Court desire additional legal analysis and argument as to the impact of the Delaware Supreme Court *Order* upon Buchanan's claims here, SVS stands ready to provide, in summary format, that supplemental pleading in which the *Rooker-Feldman* and preclusion doctrines, as well as 28 U.S.C. § 1738 will be given a more thorough treatment.

[this space intentionally left blank]

WHEREFORE Thomas E. Gay, Esquire, and the Law Firm of Stumpf Vickers & Sandy, P.A., request this Honorable Court for an Order permitting supplementation of its *Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)* to either (i) include within the Court's consideration of the *Motion for Dismissal* (D.I. # 13) and *Reply in Support* thereof (D.I. # 42) the Delaware Supreme Court *Order* dated May 17, 2007, in the matter of *Buchanan v. Gay*, Del. Supr., No. 562, 2006; or (ii) allow Defendants to file a supplemental pleading in support of their *Motion for Dismissal* (D.I. # 13) and *Reply* (D.I. # 42), within which would be addressed the impact of the Delaware Supreme Court *Order* under applicable legal doctrines.

          MARSHALL DENNEHEY WARNER
                COLEMAN & GOGGIN

   */s/Joseph Scott Shannon*
Joseph Scott Shannon, Equire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: May 18, 2007

\15_A\LIAB\JSSHANNON\LLPG\429020\JSSHANNON\03127\00840

**EXHIBIT "A"**

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, and in the interest of HEIDI N. BUCHANAN, | § § § | No. 562, 2006 |
| Plaintiff Below, Appellant, | § § § § § § | Court Below–Superior Court of the State of Delaware, in and for Sussex County |
| v. | § § | |
| THOMAS E. GAY, ESQUIRE; THALIA JOAN GAY; and the firm of STUMPF, VICKERS & SANDY, P.A., | § § § § § § | |
| Defendants Below, Appellees. | § § | C.A. No. 06C-01-002 |

Submitted: March 8, 2007
Decided:  May 17, 2007

Before **HOLLAND, BERGER** and **JACOBS,** Justices.

### ORDER

This 17th day of May 2007, upon consideration of the opening brief filed by the *pro se* appellant, David J. Buchanan ("Buchanan"), a motion to affirm filed by appellees-Thomas E. Gay, Esq. and the law firm of Stumpf Vickers & Sandy, P.A. (collectively "Attorney/Law Firm Defendants"), and a motion to affirm filed by appellee-Thalia Joan Gay ("Nurse Defendant"), it appears to the Court that:

(1) Buchanan filed a complaint seeking damages in the amount of $37 million dollars for "Breach of Fiduciary Duty, Medical Malpractice, Defamation of Character, Derivative Tort, Infliction of Severe Emotional Distress and Harm, Litigation Conducted in Malum in Se, Failure to Observe Federal Bankruptcy Laws, Violation of Civil Rights, Disadvantaging an Opposing Party by Misleading a Presiding Judge, Abuse of Process, Errors and Omissions."[1] Nurse Defendant denied the medical malpractice allegations and sought to dismiss the complaint for Buchanan's failure to file an affidavit of merit.[2] Attorney/Law Firm Defendants sought to dismiss the complaint for Buchanan's failure to state a cognizable claim, his failure to join a necessary party, and on the bases of collateral estoppel, judicial estoppel, absolute privilege, and lack of standing.[3]

---

[1]Buchanan filed the complaint on his behalf and in the interest of his daughter, Heidi N. Buchanan ("Daughter"). To the extent Buchanan sought relief on behalf of Daughter, the Superior Court dismissed the complaint for (I) Buchanan's failure to follow the procedure for appointment as Daughter's legal representative, (ii) Daughter's age of majority at the time of the proceedings, and (iii) Daughter's affidavit requesting that she be dismissed as a party.

[2]*See* Del. Code Ann. tit. 18, § 6853(a)(1) (Supp. 2006) (providing that a healthcare negligence complaint must be accompanied by an affidavit of merit signed by an expert witness stating that there are reasonable grounds to believe that healthcare medical negligence has been committed).

[3]Attorney/Law Firm Defendants represented Buchanan's former wife in matters before the Family Court, the Federal Bankruptcy Court, and this Court. Nurse Defendant is a licensed nurse employed by Beebe Hospital where Buchanan was a patient and is the spouse of Attorney Defendant.

(2) On June 26, 2006, the Superior Court conducted a hearing on the motions to dismiss filed by Attorney/Law Firm Defendants and Nurse Defendant (collectively "Defendants") and several motions filed by Buchanan.[4] By memorandum opinion dated September 21, 2006, the Superior Court granted Defendants' motions to dismiss and denied, deemed moot, or denied as stricken, Buchanan's motions.[5] Buchanan then filed a timely motion for reargument, which the Superior Court denied by order dated October 13, 2006.

(3) Buchanan filed this appeal from the Superior Court's September 21, 2006 and October 13, 2006 decisions. The Court has carefully considered the parties' positions on appeal and the Superior Court record, including the transcript of the June 26, 2006 hearing.[6]

(4) We find it manifest on the face of the opening brief that the appeal is without merit. The Court cannot discern an error of law or abuse of discretion on the part of the Superior Court when dismissing the complaint and otherwise denying relief. The Court concludes that the Superior Court's

---

[4] Buchanan filed motions for default judgment, to strike and for protective order.

[5] *Buchanan v. Gay*, 2006 WL 2709401 (Del. Super. Ct.).

[6] A copy of the hearing transcript was provided to Buchanan at State expense.

3

judgment should be affirmed on the basis of, and for the reasons set forth in, the well-reasoned decisions of September 21, 2006 and October 13, 2006.

NOW, THEREFORE, IT IS ORDERED, pursuant to Supreme Court Rule 25(a), that the motions to affirm are GRANTED. The judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Carolyn Berger
Justice

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 06-711-SLR |
| ) | |
| THOMAS E. GAY; THAILA J. GAY; ) | |
| THE HONORABLE M. JANE BRADY; ) | |
| KRISTEN S. GIBBONS; DELAWARE ) | |
| STATE POLICE; GEORGETOWN POLICE; ) | |
| SEAFORD POLICE; JOHN BRADY; ) | |
| DELAWARE FAMILY COURT OF THE STATE ) | |
| OF DELAWARE; THE STATE OF DELAWARE; ) | |
| and THE LAW FIRM OF STUMPF VICKERS ) | |
| & SANDY, P.A., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON
## DEFENDANTS' THOMAS E. GAY's AND STUMPF VICKERS & SANDY, P.A.'s
## *MOTION TO SUPPLEMENT ITS PLEADINGS*

AND NOW the Court, having heard and considered Defendants' Thomas E. Gay's and Stumpf Vickers & Sandy, P.A.'s *Motion to Supplement Pleadings*, and all responses thereto, does hereby FIND and ORDER:

The *Motion* is GRANTED.

    I.    The Court will accept the *Order* of the Delaware Supreme Court dated May 17, 2007, in the matter captioned *Buchanan v. Gay*, Del. Supr., No. 562, 2006, and attached as Exhibit A to the *Motion to Supplement Pleadings* as part of and supplementing the *Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Defendants Thomas E. Gay, Esquire, and the Law Firm of Stumpf Vickers & Sandy, P.A., (D.I. # 13), and their *Reply In Support* thereof, (D.I. # 42), and the Court will include the Delaware Supreme Court *Order* within its consideration of the arguments and prayers for relief contained within those pleadings.

and/or

II.     Defendants Thomas E. Gay, Esquire, and the Law Firm of Stumpf Vickers & Sandy shall, no later than the ___ day of _____, 2007, submit to this Court any supplemental pleading and argument, not to exceed 8 pages, addressing the impact of the *Order* of the Delaware Supreme Court dated May 17, 2007, in the matter captioned *Buchanan v. Gay*, Del. Supr., No. 562, 2006, and attached as Exhibit A to the *Motion to Supplement Pleadings* upon this Court's consideration of the *Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Defendants Thomas E. Gay, Esquire, and the Law Firm of Stumpf Vickers & Sandy, P.A., (D.I. # 13), and their *Reply In Support* thereof (D.I. # 42).  Within 10 days thereafter, Plaintiff shall file any supplemental answering pleading, not to exceed 8 pages.

SO ORDERED this ___ day of _____, 2007.

_____
The Honorable Sue L. Robinson

cc:     Clerk of the Court
        Parties/Counsel
\15_A\LIAB\JSSHANNON\DISC\429075\LAREFNER\03127\00840

## **CERTIFICATE OF SERVICE**

Joseph Scott Shannon, Esquire, hereby certifies that on May 18, 2007, he caused true and correct copies of the attached *Defendants Thomas E. Gay's Motion to Supplement Pleadings* to be served upon the following persons in the manner indicated:

David J. Buchanan
34806 Hudson Road
Laurel, DE 19947
*Via 1st Class U.S. Mail*
    *Postage Prepaid*

John A. Elzufon, Esquire
Jennifer L. Story, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899 – 1630
    *Via e-filing*

Linda Carmichael, Esquire
State of Delaware Dept. of Justice
Carvel State Office Bldg, 6th Floor
820 North French Street
Wilmington, DE 19801
*Via e-filing*

Martin James Weis, Esquire
Dilworth Paxson, LLP
First Federal Plaza, Ste. 500
704 N. King Street
Wilmington, DE 19801
*Via e-filing*

John Francis Brady, Esquire
Brady, Richardson, Beauregard
    & Chasanov, LLC
10 E. Pine Street
P.O. Box 742
Georgetown, DE 19947
*Via 1st Class U.S. Mail*
    *Postage Prepaid*

James B. Tyler, III, Esquire
211 E. Market Street
P.O. Box 555
Georgetown, DE 19947
*Via 1st Class U.S. Mail*
    *Postage Prepaid*

MARSHALL DENNEHEY WARNER
    COLEMAN & GOGGIN
  /s/Joseph Scott Shannon
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and
    the Law Firm of Stumpf Vickers & Sandy, P.A.*

\15_A\LIAB\JSSHANNON\DISC\429078\LAREFNER\03127\00840