DAVID   BUCHANAN
34806   HUDSON   RD.
LAUREL,   DE   19956



May 27, 2007

Chief Judge Sue L. Robinson
U.S. District Court District of Delaware
844 King Street
U.S. Courthouse
Wilmington, DE 19801

Ref:
   U.S. District Court Case No. 06-711-SLR

   Your Honor:

   I am now in receipt of copies of letters addressed to Your Honor, dated May 24, 2007 from State Counsel Linda M. Carmichael, Deputy Attorney General, and dated May 8, 2007 from Jennifer L. Story, Esquire. Both of these letters are germane to matters of Case No. 562, 2006 brought before the Delaware Supreme Court for which appealed the dismissal of Delaware Superior Court Case 06C-01-002 MMJ, on procedural grounds.

   To first address Ms. Carmichael's asseveration of Argument based on *Rooker-Feldman*, and *Younger*: 1) Theses doctrines only apply to matters brought before a Court for which; a) Rendered a judgment responsive to the issues before it, b) a full hearing was had therein, and c) that the Court had subject matter jurisdiction over the issues brought before it. 2) Delaware Superior Court Case 06C-01-002 MMJ, does not list or bring suit against any Delaware State Defendants nor does it sue for conspiracy involving Delaware State Defendants, where the State Court can not have subject matter jurisdiction over it's own, prevaricating an opportunity to litigate such matters before the State Court. Delaware Superior Court Case 06C-01-002 MMJ was dismissed on procedural grounds following an evidentiary hearing, where a full hearing on the merits had not occurred, and therefore a judgment responsive to the issues brought before it was avoided, further disabling any defense based on *Rooker-Feldman*, and *Younger*.

   Addressing Ms. Story's asseveration of Argument based on *res judicata*, where she claims that such issues have been decided by Delaware Superior Court. As stated in the forgoing, the matters of Delaware Superior Court Case 06C-01-002 MMJ were dismissed on procedural grounds, and not of the merits of the case, where conspiracy with State Defendants is not pursued, and where Constitutional Rights violations resultant of violations of HIPAA, due to access of Federal Health Care records from Bethesda Naval Hospital by Defendants given access by and through their employ, goes beyond the

– 2 –

May 27, 2007

jurisdiction of the State Court, where such issues and/or associated claims are not precluded by State Court action.

Where the Department of Justice had commenced an investigation relevant to this case file as noted in copied e-mail between the Family Court presiding Judge Henriksen, and the James Adkins, of the Delaware Department of Justice, previously forwarded to the Court, the State of Delaware has exercised privilege by entering into the "discovery stage" of these proceedings, where dismissal pursuant to F.P.R 12(b) is no longer available, and where equal protection of the law should compel the State to provide discovery in a State proceeding, translates to the withholding of requested discovery by the Department of Justice in violation of the due process clause of the Fifth Amendment in a Federal proceeding, and displays a vexatious delay or avoidance of participation in litigation, absent a viable defense.

Respectfully,

David J. Buchanan

cc: Linda Carmichael, Esquire
　　Jennifer L. Story, Esquire
　　Joseph S. Shannon, Esquire
　　John A. Elzufon, Esquire
　　John F. Brady, Esquire
　　Thomas Vecchio, Esquire

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

WILMINGTON DE 197
29 MAY 2007 PM 1 T

Judge Sue L. Robinson
U.S. District Court Dist. of Delaware
844 King Street
Wilmington, DE 19801



