IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-711-SLR |
| | ) |
| THOMAS E. GAY, THALIA J. GAY, | ) |
| HONORABLE JANE M. BRADY, | ) |
| KRISTEN S. GIBBONS, DELAWARE | ) |
| STATE POLICE, GEORGETOWN | ) |
| POLICE, SEAFORD POLICE, JOHN | ) |
| BRADY, DELAWARE FAMILY COURT | ) |
| OF THE STATE OF DELAWARE, and | ) |
| THE FIRM OF STUMPF, VICKERS & | ) |
| SANDY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 6th day of June 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendants' Thomas E. Gay's and Stumpf Vickers & Sandy, P.A.'s motion for dismissal pursuant to Fed. Civ. P. P. 12(b)(6) (D.I. 13) is **granted**.

2. Defendant Thalia Joan Gay's motion to dismiss (D.I. 21) is **granted**.

3. State defendants' motion to dismiss (D.I. 29) is **granted.**

4. Defendant Kristin Gibbons' motion to dismiss plaintiff's petition to award damages (D.I. 39) is **granted.**

5. The claims against defendant John Brady are **dismissed** sua sponte.

6. Defendants Georgetown Police and Seaford Police are **dismissed** as

defendants for failure to effect service pursuant to Fed. R. Civ. P. 4(m).

7. All other pending motions (D.I. 15, 34, 36, 48, 49, 53, 62) are **denied** as moot.

8. The clerk of the court is directed to close the case.

_____
UNITED STATES DISTRICT JUDGE