DAVID    BUCHANAN
34806   HUDSON   RD.
LAUREL,  DE  19956



July 30, 2007

Joseph Robinette Biden III
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

    U.S. District Court Case No. 06-711-SLR,
    Delaware Supreme Court Case No. 73, 2007

Dear Mr. Biden:

    It is made obvious by Richard S. Gebelein's response dated July 27, 2007, showing his disdain lack of concern, by addressing the letter and envelope to me in Laurel Maryland, when answering my request for mandamus, making obvious that I was wrongfully presumptive to expect that you would take time to carefully review the matters in need of your intervention, where on page 5 of the referenced U.S. District Court Memorandum of Opinion it states that; "complaint comes in the wake of action in the Delaware Court of Chancery, Delaware Superior Court, Delaware Family Court, Federal Bankruptcy Court, and associated appeals in the Delaware Supreme Court," for which the Delaware Department of Justice enjoys subject matter jurisdiction.

    It is my understanding that mandamus can not replace the appeal process, and that you are restricted to such action in State Court, however, if upon your review of all State Court proceedings, which resulted in violation of family rights of a minor, exploitation of a minors coffer to pay attorney fees, and defamation to me, as well as third parties without cause by the attorney for the CASA, you should find it propitious for you to request mandamus in State Court, to enforce Delaware Legislative intent, regardless of District Court proceedings.

    If the time comes for which I have exhausted judicial remedies in Federal Court, then I may request mandamus from the U.S. Attorney General, to gain resolve for which you should attempt at the State level.


– 2 –

July 30, 2007

Sincerely

David J. Buchanan

cc: U.S. District Court File
 Delaware Supreme Court File

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

U.S.M.S. X-RAY

WILMINGTON DE 197
02 AUG 2007 PM 1 T

Clerk of the U.S. District Court
844 N. King St. Room 4209
Lock Box 31
Wilmington, DE 19801

