OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 22, 2007

TO:  David J. Buchanan
     34806 Hudson Road
     Laurel, DE 19956

     **RE: Return of Letter to Mary Susan Mush, Esq. Received on
         8/20/07; 06-711(SLR)**

Dear Mr. Buchanan:

     The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith).  Please be advised that Civ. No. 06-711 was closed on 6/12/07. It is unclear how you wish the papers to be treated.

     If you are filing a new complaint, please file it in accordance with the Federal Rules of Civil Procedure.  You may call the Clerk's office for additional filing information, or view our web page at: www.ded.uscourts.gov .

     Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Sue L. Robinson
     Alpha File
enc: Above Referenced Items