

David J. Buchanan
34866 Hudson Rd
Laurel, DE 19956

RECEIVED
NOV 14 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

PO scanned

November 11, 2007

The Honorable Judge Robinson
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

RE: U.S. District Court Civil Case No. 06-711-SLR, and 07-34

Your Honor:

In defense of a criminal charges against me brought before the U.S. District Court of Washington D.C., by non-claiming parties subject to the above captioned appeal brought before you, I have discovered that such parties have <u>prevailed through contempt</u> of the U.S. Bankruptcy Court's Order from the Bench, dated October 24, 2006, by not filing a claim, where you afforded immunity to the State of Delaware, and Counsel on dismissal of Case No. 06-711. Where Counsel (James B. Tyler, Esquire) attempted to enforce Family Court Orders containing demands from the Debtor's Estate in the form of payments to ex-spouse, and her Counsel, presented Family Court Orders, C.A. CS94-3107, to the Bankruptcy Court, C.A. 04-12419, without filing a "claim", where resultant of argument, the Honorable Judge Fitzgerald instructed James B. Tyler, Esquire, to file a "late claim", and where such claim would act as a <u>waiver to immunity</u> later afforded such parties, the immunity that you afforded in the captioned case file 06-711 is allowed in the shadow of contempt before the U.S. Bankruptcy Court. Where it is unclear as to whom Mr. Tyler is representing without a proper filed claim in the Bankruptcy Court, where Mr. Tyler has not complied with the Bankruptcy Courts order directing Mr. Tyler to file a claim, it appears that Mr. Tyler's filings with the Court serve as appearance for Barbara H. Buchanan, Thomas E. Gay, Esquire, and the Delaware Family Court.

Where Kristen S. Gibbons, Esquire, is a contracted Officer of the Delaware Family Court, and where such claim for which the Honorable Judge Fitzgerald ordered filed would abrogate any immunity afforded such, any dismissal of claims before you on appeal, or on separate suit, goes to allow the defending parties to prevail though contempt, where in support I bring to you the case of Wyoming Dep't of Transp. v. Straight (*In re Straight*), 209 B.R. 540, 551 (D. Wyo. 1997), *aff'd*, 143 F.3d 1387 (10th Cir. 1998), *cert. denied*, 119 S. Ct. 446 (1998). While the district court ruled that Article I is source of congressional authority for Congress to abrogate

● Page 2                                                                 November 11, 2007

a 'state's Eleventh Amendment immunity, the tenth circuit affirmed on the limited ground that by seeking benefits under the Bankruptcy Code through filing a proof of claim, the state waived its Eleventh Amendment immunity from suit in the bankruptcy court. See *Straight*, 143 F.3d at 1388-89.

Now that; the Honorable Judge Fitzgerald has closed Bankruptcy case 04-12419-JKF, it is understood that all prior orders of that case file are considered final, where Judge Fitzgerald's Order from the Bench, dated October 24, 2006, directing Mr. Tyler, Esquire, to file a claim even if it will be considered a late claim pursuant to Bankruptcy Rule 3002, goes to support contempt of parties for which Mr. Tyler's filings are representative, and where he has filed documents in their interest with the Bankruptcy Court absent a claim, presents circumstance for which your Court can reopen such case files *sua sponte*. Where the U.S. District Court considered immunity prior to me having the opportunity to respond to the defendant's arguments, as a result of the U.S. Bankruptcy Court not closing such case until November 2, 2007, there is cause to reopen C.A. 06-711 pursuant to *Rule 60*, absent the Court not reopening *sua sponte*.

Respectfully

David J. Buchanan

The Honorable Judith Fitzgerald
The Delaware Supreme Court
The Honorable John Henriksen
The Honorable Judge Chandlee Kuhn
James B. Tyler, III, Esquire
Linda Carmichael, Esquire
Martin J. Weis, Esquire
Jennifer L. Story, Esquire
Joseph S. Shannon, Esquire
James J. Rodgers, Esquire
Thomas E. Gay, Esquire
John A Elzufon, Esquire
Glynis Gibson, Esquire
Sharon L. Burka, Esquire
Michael B. Joseph, Esquire

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

EASTON MD 216
13 NOV 2007 PM 2 T

Chief Judge Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King St. RM 4209, Box 31
Wilmington, DE 19801

U.S.M.S. X-RAY

13801+3570