OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

November 20, 2007

TO: David J. Buchanan  
    34806 Hudson Road  
    Laurel, DE 19956

    **RE:** Deficiency for Lack of Service and Original Signature; CA 06-711 and 07-34(SLR)

Dear Mr. Buchanan:

    Papers have been received by this office for filing in the above matter which do <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

    Your letter will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, ***you must sign each document and serve a copy upon all other counsel of record***. John Francis Brady has not been served. Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

    A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

    Your corrected filing, (signed by you, with a certificate of service attached) should be sent to this office for processing.

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

    Sincerely,

/ead

PETER T. DALLEO  
CLERK

cc: The Honorable Sue L. Robinson  
enc: Service List  
    DI 83 in 06-711, DI 35 in 07-34