

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956
(410) 430-5251

March 27, 2008

The Honorable Sue L. Robinson
U.S. District Court District of Delaware
844 N. King Street, RM 4209, Box 31
Wilmington, DE 19801

Re:   Buchanan v. Gay, 06-711

Your Honor:

Following your order dismissing the above captioned case with consideration of Eleventh Amendment immunity, there has been a rash of circumstance for which goes to abrogate such immunity, and further a showing of "bad faith" upon Thomas E. Gay, Esquire, his counsel, James B. Tyler, Esquire, and other attorneys associated with defendants, where even the affidavit of Heidi N. Buchanan displays an incorrect address with the intent to further a fraud.

On or about October 24, 2008, the Honorable Judge Fitzgerald issued a determination pursuant to Bankruptcy Rule 3002(c), disallowing claim of Barbara H. Buchanan for being untimely, C.A. 04-12419-JKF, where Mr. Tyler, Esquire had filed for consideration two Delaware Family Court orders, without filing a formal "claim". The filing of such documents goes to abrogate Eleventh Amendment immunity pursuant to the Fourteenth Amendment equal protection clause, where such is a counter claim, *See Rooker-Feldman*. On January 3, 2008, the Delaware State Police arrested me from the driveway of my farming business in Sussex County Delaware, claiming that a bench warrant had issued out of the District of Columbia. Upon testimony of U.S.A.F Chief Master Sgt. David J. Richards, Pentagon Security Forces (husband to Plaintiff's ex-wife), during a Family Court proceeding on March 13, 2008, Commissioner Southmayd presiding, it was learned that David J. Richards being a federal law enforcement officer, had received a phone call from Delaware State Police, immediately following my arrest, requesting that he come to Delaware and assist in searching and seizing property from the residence and business offices of Buchanan Farms, Inc.. After I returned to my office several days later with Delaware State Police officer William A. Wallace, it had become apparent that all documentation concerning this and other litigation, computers, electronic stored data, and some firearms, cash and financial records had been removed, without warrant, receipt, or court order. Following a filing for Rule to Show Cause in the Family Court on January 24, 2008, for violation of Family Court property division order dated April 4, 2006, the State Police returned to my farm property and arrested me again, then assisted David J. Richards in removing other property including livestock belonging to Buchanan Farms, Inc., without a warrant, or cause, again not leaving a receipt or inventory of property removed. On March 6, 2008, I filed a motion for relief of judgment of support pursuant to Rule 60(b)(3) &(6) to reopen spousal support proceedings. *See attachment*. This motion made several verified claims pertaining to misconduct of counsel, violations of Fourth

1

Amendment by State and Federal actor, and conduct by Delaware State Police for which would overwhelmingly abrogate any immunity afforded in the cases before you. With the exception of the Department of Justice motioning the Family Court to Quash a subpoena for officer Wallace to appear at a scheduled Family Court proceeding claiming privilege, the opposing party, the State of Delaware, Family Court, and/or the Delaware State Police have failed to respond to the Rule to Show cause filed on February 24, 2008, or the motion for relief filed on March 6, 2008, whereby court rule, all allegations are to be considered true for failure to deny. So stated there is ample cause supporting a showing of "bad faith" by Thomas E. Gay, Esquire, and affirmative conduct by the Delaware Department of Justice to further abrogate any immunity pursuant to Fourteenth Amendment guarantees, where an order setting aside dismissal of case 06-711 may issue, and an order for default judgment against the Defendants may prevail *sua sponte*.

Following my arrest and incarceration for six days, after Family Court proceedings on March 13, 2008, where the State Police officer, assigned to the Governor's task force, wrongfully claimed my driver's license was suspended, and where it has been learned that Lt Rust from Troop #5 had e-mailed other State Police to place me under continuous surveillance, there is overwhelming evidence before the Delaware Courts to employ the *nexus test*, and where the Delaware State Police together with Military Federal Officer David J. Richards continue to, intimidate, harass, arrest without cause, and impair access to real property deeded to me, and leased to Buchanan Farms, Inc. without viable court order or warrant, where the Delaware Department of Justice, State Police, or David J. Richards have failed to answer a Verified Complaint filed in the Delaware Chancery Court on such, C.A. 3544-MG, and where Thomas E. Gay, Esquire, and the firm of Stumpf, Vicker's and Sandy, P.A. are on the Family Court record as to attempting to avoid service process of subpoena, there is a showing of "bad faith", affording ample cause to issue injunction directing State actors to discontinue any and all activities impairing my business, where it seems that Family Court is powerless to timely act.

David J. Buchanan, Plaintiff

CC:   James J. Rodgers, Esquire
      John A. Elzufon, Esquire
      Jennifer L. Story, Esquire
      Martin J. Weis, Esquire
      Joseph S. Shannon, Esquire
      Linda M. Carmichael, Dep. A.G.
      John F. Brady, Esquire



Buchanan, David J.
34806 Hudson Rd
Laurel DE 19956

PM MAR 28 2008 WILMINGTON DE 19850

The Honorable Sue L. Robinson
U.S. District Court District of Delaware
844 N. King St, RM 4209, Box 31
Wilmington, DE 19801