To: Clerk of U.S. District Court
844 N. King Street Lockbox 18
Wilmington, DE 19801-3570

Ref: 06-711-SLR

Dear Clerk

Enclosed are Motion for Mandamus, and motion to reopen pursuant to Rule 60(b).
If you would please scan these into the record and inform the opposing parties via electronic filing.
Where my resources are limited due to incarceration, by one of the respondents, and that transcripts enclosed have been recently made available to me, showing violations of rights by state actors, noted on original complaint, there should be enough cause for Judge Robinson to consider case to be reopened pursuant to Rule 60(b)(3), 60(b)(6), 60(b)(2).

Dated: August 25, 2008.

Respectfully
David J. Buchanan
David J. Buchanan 231392
SCI Box 500
Georgetown DE 19947


FILED
AUG 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE